**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Atlas Resource Partners, L.P.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   45 - 3591625

4. **Debtor's address**

   **Principal place of business**

   712 Fifth Avenue
   Number   Street

   11th Floor

   New York        NY       10019
   City            State    ZIP Code

   New York County
   County

   **Mailing address, if different from principal place of business**

   1000   Commerce Drive, 4th Floor
   Number   Street

   P.O. Box

   Pittsburgh      PA       15275
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City            State    ZIP Code

5. **Debtor's website (URL)**   http://www.atlasresourcepartners.com/

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☑ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  Atlas Resource Partners, L.P.                                    Case number (if known) _____
        Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   2  1  1  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ A plan is being filed with this petition.

   ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY
           District _____ When _____ Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor  See Schedule 1              Relationship  Affiliate
            District  Southern District of New York   When  Date hereof
                                                            MM / DD / YYYY
            Case number, if known _____

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor    Atlas Resource Partners, L.P.    Case number (if known) _____
          _____
          Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number    Street

_____
City                              State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors** (on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☑ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets** (on a consolidated basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☑ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor  Atlas Resource Partners, L.P.                                    Case number (if known) _____
        Name

16. **Estimated liabilities**
    (on a consolidated basis)

    ☐ $0-$50,000                ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000          ☐ $10,000,001-$50 million      ☑ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000         ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million       ☐ $100,000,001-$500 million    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ☒ I have been authorized to file this petition on behalf of the debtor.

    ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  07/27/2016
                 MM / DD / YYYY

    X _____           Jeffrey M. Slotterback
    Signature of authorized representative of debtor    Printed name

    Title  Chief Financial Officer

18. **Signature of attorney**

    X _____           Date  07/27/2016
    Signature of attorney for debtor                   MM / DD / YYYY

    David M. Turetsky
    Printed name
    Skadden, Arps, Slate, Meagher & Flom LLP
    Firm name
    Four            Times Square
    Number          Street
    New York                                     NY          10036-6522
    City                                         State       ZIP Code

    (212) 735-3000                               david.turetsky@skadden.com
    Contact phone                                Email address

    4176350                                      NY
    Bar number                                   State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company | Case Number | Date Filed | District | Judge |
|---|---|---|---|---|
| Atlas Resource Partners, L.P. | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Barnett Pipeline, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Barnett, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Eagle Ford, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Mountaineer Production, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Oklahoma, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Production Company, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ARP Rangely Production, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Barnett, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Energy Colorado, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Energy Indiana, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Energy Ohio, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Energy Securities, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Energy Tennessee, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Noble, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Pipeline Tennessee, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Resource Finance Corporation | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Resource Partners Holdings, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Atlas Resources, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| ATLS Production Company, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| REI-NY, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Resource Energy, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Resource Well Services, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |
| Viking Resources, LLC | 16-___ ( ) | July 27, 2016 | S.D.N.Y. | Pending |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ATLAS RESOURCE PARTNERS, L.P.,** *et al.*, | Case No. 16-_____ (___) |
| **Debtors.** | **(Joint Administration Pending)** |

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-35317.

2. The following financial data is the latest available information and refers to the debtor's condition on July 20, 2016.

    a.  Total assets[1]                                                                          $1,320,824,000

    b.  Total debts (including debts listed in 2.c., below)            $1,539,018,000

    c.  Debt securities held by more than 500 holders

                                                                          Approximate number of holders

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

    d.  Number of shares of preferred stock[2]        Approx. 3,749,986 Class C preferred units
                                                                         Approx. 4,0909,328 Class D preferred units
                                                                         Approx. 256,083 Class E preferred units

    e.  Number of shares of common stock          Approx. 102,430,720 common units

Comments, if any: _____N/A_____

3. Brief Description of the debtor's business: Atlas Resource Partners, L.P. ("ARP"), a publicly-traded master-limited partnership, is an independent oil and natural gas company engaged in the exploration, development, and production of oil and natural gas properties with operations in basins across the United States.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote 5% or more of the voting securities of debtor: Atlas Energy Group, LLC; R/C Energy IV TGP

---

[1]    The assets and liabilities listed herein constitute the book values as of June 30, 2016, adjusted to include the pay down of the First Lien Credit Facility following the monetization of the hedges.

[2]    The total number of common and preferred units as of July 20, 2016.

| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   Atlas Resource Partners, L.P. | |
| United States Bankruptcy Court for the:   Southern District of New York | ☐ Check if this is an amended filing |
| Case Number (If known): | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ARCHROCK PARTNERS LP<br>ARCHROCK PARTNERS OPERATING LLC<br>P.O. BOX 201160<br>DALLAS, TX  75320-1160 | PHONE: 281-836-8000<br>FAX: 281-836-8060<br>donald.wayne@archrock.com | TRADE DEBT | | | | $158,507.54 |
| 2 | KINDER MORGAN TREATING LP<br>P.O. BOX 201607<br>DEPT 3015<br>DALLAS, TX  75320-1607 | PHONE: 713-369-9000<br>john_mcdonald@kindermorgan.com | TRADE DEBT | | | | $129,291.98 |
| 3 | ENABLE MIDSTREAM PARTNERS LP<br>SERVICESTAR<br>P.O. BOX 301392<br>DALLAS, TX  75303-1392 | PHONE: 405-576-8555<br>margaret.brooks@enablemidstream.com | TRADE DEBT | | | | $110,807.53 |
| 4 | SPECTRA ENERGY PARTNERS LP<br>EAST TENNESSEE NATURAL GAS LLC<br>JP MORGAN CHASE BANK<br>PO BOX 301563<br>DALLAS, TX  75303-1563 | PHONE: 713-627-5400<br>LAMoss@spectraenergy.com | TRADE DEBT | | | | $109,945.83 |
| 5 | CSI COMPRESSCO LP<br>(FORMERLY COMPRESSOR SYSTEMS INC)<br>P.O. BOX 841807<br>DALLAS, TX  75284-1807 | PHONE: 432-563-1170<br>contract@csicompressco.com | TRADE DEBT | | | | $69,875.01 |
| 6 | J-W POWER COMPANY<br>P.O. BOX 205856<br>DALLAS, TX  75320-5856 | PHONE: 972-233-8191<br>FAX: 372-991-0704<br>JTaylor@jwenergy.com | TRADE DEBT | | | | $69,703.25 |
| 7 | WRIGHT & COMPANY, INC.<br>TWELVE CADILLAC DR SUITE 260<br>BRENTWOOD, TN  37027 | PHONE: 615-370-0755<br>FAX: 615-370-0756<br>randy@wrightandcompany.com | TRADE DEBT | | | | $64,700.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | HARRISON COUNTY TREASURER<br>100 W MARKET ST<br>CADIZ, OH  43907 | PHONE: 740-942-8864<br>FAX: 740-942-4693<br>vicki.sefsick@yahoo.com | TRADE DEBT | | | | $60,947.05 |
| 9 | TARRANT COUNTY TAX ASSESSOR/COLL<br>ATTN: RON WRIGHT<br>P.O. BOX 961018<br>FORT WORTH, TX  76161-0018 | PHONE: 817-884-1100<br>tax-sdc@tarrantcounty.com | TRADE DEBT | | | | $58,727.42 |
| 10 | HAHN LOESER & PARKS, LLP<br>P.O. BOX 643434<br>CINCINNATI, OH  45264-3434 | PHONE: 216-621-0150<br>FAX: 216-241-2824<br>cwick@hahnlaw.com | TRADE DEBT | | | | $49,754.57 |
| 11 | ANDERSON LUBRICANTS INC DBA PETROCHOICE<br>ATTN: CHARLIE ROSENFELDER<br>PO BOX 7190<br>KNOXVILLE, TN  37921-7190 | PHONE: 800-788-4552<br>FAX: 865-474-7401<br>crosenfelder@petrochoice.com | TRADE DEBT | | | | $47,046.94 |
| 12 | CIGANOVICH CONSTRUCTION INC<br>ATTN: MARK CIGANOVICH<br>429 STONE ST<br>RATON, NM  87740 | PHONE: 575-445-4192<br>FAX: 575- 445-5621<br>ciganovichconst@msn.com | TRADE DEBT | | | | $45,469.97 |
| 13 | CDW LLC<br>CDW DIRECT<br>P.O. BOX 75723<br>CHICAGO, IL  60675-5723 | PHONE: 312-705-2915<br>FAX: 312-705-4715<br>credit@cdw.com | TRADE DEBT | | | | $42,938.03 |
| 14 | ARCHROCK SERVICES LP<br>P.O. BOX 201160<br>DALLAS, TX  75320-1160 | PHONE: 281-836-8000<br>FAX: 281-836-8060<br>donald.wayne@archrock.com | TRADE DEBT | | | | $40,455.53 |
| 15 | D&T WELL SERVICES LLC<br>ATTN: DONNIE SANDOVAL<br>521 ADAMS ST<br>RATON, NM  87740 | PHONE: 575-445-0414<br>dtwellservices@gmail.com | TRADE DEBT | | | | $39,032.59 |
| 16 | TRANSTEX HUNTER LLC<br>P.O. BOX 841847<br>DALLAS, TX  75284-1847 | PHONE: 713-574-9525<br>FAX: 713-654-7155<br>jdavis@eurekamidstream.com | TRADE DEBT | | | | $38,200.00 |
| 17 | UNITED EXCAVATING AND GENERAL CONTRACTING INC<br>ATTN: JORDAN DANT<br>2381 S 500 E<br>MONTGOMERY, IN  47558 | PHONE: 812-486-3209<br>FAX: 812-486-3958<br>jordan.dant@unitedexcavating.com | TRADE DEBT | | | | $37,413.49 |
| 18 | PANHANDLE OILFIELD SERVICE CO INC<br>14000 QUAIL SPRINGS PKWY STE 300<br>OKLAHOMA CITY, OK  73134-2600 | PHONE: 405-608-5330<br>desirae.morrison@posci.net | TRADE DEBT | | | | $36,671.87 |
| 19 | CROSS M RANCH LLC<br>520 BILLIMEK RD<br>SCHULEMBURG, TX  78956 | | TRADE DEBT | | | | $32,935.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20  JAY R LITTLE  J LITTLE OIL WELL SERVICING & PLUGGING  5460 NICHOLS RUN  LIMESTONE, NY  14753 | PHONE: 716-244-3781  winchester5145@gmail.com | TRADE DEBT | | | | $30,098.00 |
| 21  RR DONNELLEY  P.O. BOX 538602  ATLANTA, GA  30353-8602 | PHONE: 312-326-8000  FAX: 215-561-8687  john.gfeller@rrd.com | TRADE DEBT | | | | $29,500.00 |
| 22  R L LAUGHLIN & CO INC  5012 WASHINGTON ST W  CHARLESTON, WV  25313-1527 | PHONE: 304-776-7740  FAX: 304-776-7742  jgoff@rllco.com;  davidc@rllco.com | TRADE DEBT | | | | $29,021.20 |
| 23  NICK'S WELL PLUGGING LLC  ATTN: TAMMY ANGUS  1800 N RIVER RD NE  WARREN, OH  44483 | PHONE: 234-600-5839  tammy@nickswellplugging.com | TRADE DEBT | | | | $28,540.00 |
| 24  J & P SERVICE INC  P.O. BOX 207  GIDDINGS, TX  78942 | PHONE: 979-542-0500  FAX: 979-542-0531  JPSI@VERIZON.NET | TRADE DEBT | | | | $28,390.19 |
| 25  ROGERS OILFIELD INC  P.O. BOX 702  GRAHAM, TX  76450 | PHONE: 817-641-8876 | TRADE DEBT | | | | $28,287.87 |
| 26  PYRAMID INSTRMNTN & ELECTRICAL CORP  2030 E MURPHY ST  ODESSA, TX  79761-5802 | PHONE: 432-580-3200  FAX: 432-580-3201  CREDIT@PYRAMIDCORPORATION.COM | TRADE DEBT | | | | $24,556.44 |
| 27  JEFFREY L DWIGGINS  DWIGGINS CONSULTING LLC  2004 KIAWAH CIR  EDMOND, OK  73025 | PHONE: 405-627-8539  JEFF.DWIGGINS@DWIGGINSCONSULTING.COM | TRADE DEBT | | | | $24,500.00 |
| 28  NATURAL GAS COMPRESSION SYSTEMS INC  ATTN: AL YUNCKER  2480 AERO PARK DRIVE  TRAVERSE CITY, MI  49686 | PHONE: 231-941-0107  FAX: 231-941-0177  yuncker@ngcsi.com | TRADE DEBT | | | | $23,630.00 |
| 29  ACORN PETROLEUM INC  ATTN: GLENDA LOPEZ  2918 FREEDOM ROAD  TRINIDAD, CO  81082 | PHONE: 719-846-7712  FAX: 719-634-8811  glopez@acornpetroleuminc.com | TRADE DEBT | | | | $23,537.32 |
| 30  KNL INC  114 FOXBOROUGH ST  NORTH TAZEWELL, VA  24630 | PHONE: 276-963-8929  FAX: 276-963-8928  gslade@knlinc.net | TRADE DEBT | | | | $21,304.18 |
| 31  USA COMPRESSION PARTNERS LP  P.O. BOX 974206  DALLAS, TX  75397-4206 | PHONE: 512-473-2662  FAX: 512-320-0706  gholloway@usacompression.com | TRADE DEBT | | | | $21,250.00 |
| 32  SULLIVAN CONTRACTING INC  6750 5TH ST  NORTHPORT, AL  35476-3447 | PHONE: 205-333-6946  FAX: 205-333-6933  tim.sullivan@sul-con.com | TRADE DEBT | | | | $21,121.47 |

Debtor: Atlas Resource Partners, L.P.     Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33  CARTER MACHINERY COMPANY INC<br>P.O. BOX 751053<br>CHARLOTTE, NC  28275-1053 | PHONE: 800-835-1166<br>FAX: 540-387-3871<br>tom_messer@cartermachinery.com | TRADE DEBT | | | | $20,653.37 |
| 34  EASTERN COLORADO WELL SVC LLC<br>P.O. BOX 244<br>CHEYENNE WELLS, CO  80810 | PHONE: 719-767-5100<br>FAX: 719-767-5228<br>kpevler@ecws1.com | TRADE DEBT | | | | $20,630.11 |
| 35  CITIZENS GAS UTILITY DISTRICT<br>OF SCOTT & MORGAN COUNTIES<br>ATTN: GREG BELL<br>PO BOX 320<br>HELENWOOD, TN  37755 | PHONE: 423-569-4457<br>FAX: 423-569-5303<br>citgasgb@highlands.net | TRADE DEBT | | | | $20,000.00 |
| 36  LEE HECHT HARRISON LLC<br>DEPT CH #10544<br>PALATINE, IL  60055-0544 | PHONE: 800-670-8084<br>invoices@lhh.com | TRADE DEBT | | | | $19,200.00 |
| 37  ALAMO SERVICES<br>KERRY V CHANDLER<br>P.O. BOX 1082<br>NORTHPORT, AL  35476 | PHONE: 205-361-4192<br>alamok@hughes.net | TRADE DEBT | | | | $18,397.00 |
| 38  ABRAMS TECHNICAL SERVICES INC<br>10375 RICHMOND AVE STE 1180<br>HOUSTON, TX  77042-4152 | PHONE: 713-954-4660<br>FAX: 713-954-4661 | TRADE DEBT | | | | $18,200.71 |
| 39  JOHNSON COUNTY TAX A/C<br>P.O. BOX 75<br>CLEBURNE, TX  76033 | PHONE: 817-558-0122<br>FAX: 817-556-0826<br>scottp@johnsoncountytx.org | TRADE DEBT | | | | $17,840.30 |
| 40  4T TILLERY INC<br>DBA JET OILFIELD SERVICES<br>1211 US HWY 380 WEST<br>JACKSBORO, TX  76458 | | TRADE DEBT | | | | $17,735.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Atlas Resource Partners, L.P.

United States Bankruptcy Court for the: Southern District of New York
(State)

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/27/2016           X  *[signature]*
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

Jeffrey M. Slotterback
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

## SECRETARY'S CERTIFICATE

The undersigned, Lisa Washington, Secretary of Atlas Energy Group, LLC, a Delaware limited liability company and the general partner (the "General Partner") of Atlas Resource Partners, L.P., a Delaware limited partnership, hereby certifies on behalf of the General Partner, as the Secretary of the General Partner, and not in any individual capacity, as follows:

1. I am the duly qualified and elected Secretary of the General Partner and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the General Partner.

2. Attached hereto as Annex A is a true and complete copy of the resolutions duly adopted by the Board of Directors of the General Partner of the Company on July 27, 2016.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked in any manner and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 27th day of July, 2016.

_____
Lisa Washington

## ANNEX A

**ATLAS ENERGY GROUP, LLC**
**AS GENERAL PARTNER OF**
**ATLAS RESOURCE PARTNERS, L.P.**

**Resolutions Adopted at a**
**Meeting of the Board of Directors**
**of the General Partner**
**of Atlas Resource Partners, L.P.**

**July 27, 2016**

---

The following resolutions were adopted at a meeting of the Board of Directors (the "Board") of Atlas Energy Group, LLC (the "Company"), in its capacity as the general partner of Atlas Resource Partners, L.P. ("ARP"), on July 27, 2016:

WHEREAS, the Company is the general partner of ARP and manages the activities of ARP.

WHEREAS, the Board has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of ARP regarding the liabilities and liquidity of ARP, the strategic alternatives available to it and the impact of the foregoing on ARP's businesses.

WHEREAS, the Board has had the opportunity to consult with the management and the legal and financial advisors of ARP to fully consider each of the strategic alternatives available to ARP.

WHEREAS, the Board has been presented with and has reviewed the terms and provisions of a proposed petition (the "Chapter 11 Petition") to be filed by ARP in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

WHEREAS, the Board has determined that it is advisable and in the best interests of ARP and its stakeholders that ARP file the Chapter 11 Petition.

**Chapter 11 Filing**

NOW, THEREFORE, BE IT RESOLVED, that, upon consideration of the Chapter 11 Petition, the Board, on behalf of the Company in its capacity as general partner of ARP, hereby approves the form, terms, and provisions of the Chapter 11 Petition and the transactions contemplated thereby, and ARP and each of the Authorized Officers (as defined below), as applicable, be, and each of them hereby is, authorized and directed, by the Company in its capacity as general partner of ARP, in the name and on behalf of ARP, to execute, verify, and

cause to be filed in the Bankruptcy Court the Chapter 11 Petition in substantially the form previously submitted to the Board with such changes as any executive officer of ARP or any other officer designated by any of them (each, an "Authorized Officer" and collectively the "Authorized Officers") may deem necessary, desirable or appropriate, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the filing of the Chapter 11 Petition.

FURTHER RESOLVED, that ARP and each of the Authorized Officers, as applicable, be, and each of them hereby is, authorized and directed, by the Company in its capacity as general partner of ARP, in the name and on behalf of ARP, to take any and all actions in connection with the Chapter 11 Case of ARP (the "Chapter 11 Case") with a view to the successful prosecution of the case, including, without limitation, seeking authority for ARP to operate as debtors in possession.

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed, by the Company in its capacity as general partner of ARP, in the name and on behalf of ARP, to cause to be prepared and to execute, deliver, and file, or cause to be executed, delivered, and filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, including any modifications, amendments, or supplements thereto, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all other action with a view to the successful prosecution of the Chapter 11 Case which they or any one of them may deem necessary, desirable or appropriate in connection with the Chapter 11 Case contemplated hereby, including, without limitation, negotiating and obtaining the use of cash collateral, and executing, delivering, and performing any and all documents, agreements, certificates, and/or instruments in connection with such use of cash collateral, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the taking of any such action, and also including taking any action on behalf of any subsidiaries of ARP, including, without limitation, executing and delivering any written consents or other documents as member of such subsidiaries.

FURTHER RESOLVED, that all actions heretofore taken for and on behalf of ARP by any of the Authorized Officers to seek relief for ARP under the Bankruptcy Code or in connection with the Chapter 11 Case or any matter related thereto be, and they hereby are, by the Company in its capacity as general partner of ARP, in all respects, ratified, authorized and approved as acts of ARP.

## Retention of Advisors

FURTHER RESOLVED, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and they hereby are, employed under general retainer as attorneys for ARP in the Chapter 11 Case.

FURTHER RESOLVED, that Perella Weinberg Partners LP (or its affiliates) be, and they hereby are, employed as investment banker for ARP in the Chapter 11 Case.

   **FURTHER RESOLVED**, that Epiq Bankruptcy Solutions, LLC (or its affiliates) be, and they hereby are, employed as claims and noticing agents and administrative advisors for ARP in the Chapter 11 Case.

**Omnibus Resolutions**

   **FURTHER RESOLVED**, that any Authorized Officer be, and each of them hereby is, authorized and directed, by the Company in its capacity as general partner of ARP, on behalf of ARP to make all payments and incur all expenses in connection with any actions contemplated by the foregoing resolutions as they or any of them deem necessary, desirable or appropriate, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the execution and delivery thereof, or action in support thereof, by such Authorized Officer.

   **FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed, by the Company in its capacity as general partner of ARP, for and on behalf of ARP to execute and deliver such documents, and to take all such further actions as they or any of them deem necessary, desirable or appropriate, to effect the intent and purposes of the foregoing resolutions, the necessity, desirability, and appropriateness of which shall be conclusively evidenced by the execution and delivery thereof, or action in support thereof, by such Authorized Officer.

   **FURTHER RESOLVED**, that all actions heretofore taken for and on behalf of ARP by any of the Authorized Officers in connection with any of the foregoing matters be, and they hereby are, in all respects, ratified, authorized and approved as acts of ARP.