**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| **ATLAS RESOURCE PARTNERS, L.P.,** *et al.*, | : | Case No.: 16-12149 (SHL) |
| | : | |
| Debtors. [1] | : | (Joint Administration Pending) |
| | : | |
| | : | Ref. Docket Nos. 20, 30 and 34 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 28, 2016, I caused to be served the:

    a.  "First Day Hearing Agenda," dated July 28, 2016 [Docket No. 20],

    b.  "Notice of Hearing on 'First Day' Motions and Applications," dated July 28, 2016 [Docket No. 30], and

    c.  "Amended First Day Hearing Agenda," dated July 28, 2016 [Docket No. 34],

    by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii.   delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii.  delivered via facsimile to those parties listed on the annexed Exhibit C.

---

[1]  The Debtors and the last four digits of their taxpayer identification numbers (as applicable) are as follows: Atlas Resource Partners, L.P. (1625), ARP Barnett Pipeline, LLC (2295), ARP Barnett, LLC (2567), ARP Eagle Ford, LLC (6894), ARP Mountaineer Production, LLC (9365), ARP Oklahoma, LLC (5193), ARP Production Company, LLC (9968), ARP Rangely Production, LLC (1625), Atlas Barnett, LLC (4688), Atlas Energy Colorado, LLC (0015), Atlas Energy Indiana, LLC (0546), Atlas Energy Ohio, LLC (5198), Atlas Energy Securities, LLC (5987), Atlas Energy Tennessee, LLC (0794), Atlas Noble, LLC (5139), Atlas Pipeline Tennessee, LLC (4919), Atlas Resource Finance Corporation (2516), Atlas Resource Partners Holdings, LLC (5285), Atlas Resources, LLC (2875), ATLS Production Company, LLC (0124), REI-NY, LLC (5147), Resource Energy, LLC (5174), Resource Well Services, LLC (5162), Viking Resources, LLC (5124).] The address of the Debtors' corporate headquarters is Park Place Corporate Center One, 1000 Commerce Drive, Suite 400, Pittsburgh, PA 15275.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Forrest Kuffer

Sworn to before me this
28th day of July, 2016

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 20

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| 4T TILLERY INC | DBA JET OILFIELD SERVICES 1211 US HWY 380 WEST JACKSBORO TX 76458 |
| ABRAMS TECHNICAL SERVICES INC | 10375 RICHMOND AVE STE 1180 HOUSTON TX 77042-4152 |
| ACORN PETROLEUM INC | ATTN: GLENDA LOPEZ 2918 FREEDOM ROAD TRINIDAD CO 81082 |
| AKIN, GUMP, STRAUSS, HAUER & FELD LLP | ATTN: SCOTT L. ALBERINO; IRA S. DIZENGOFF 1333 NEW HAMPSHIRE AVENUE, N.W. WASHINGTON DC 20036-1564 |
| ALAMO SERVICES | KERRY V CHANDLER PO BOX 1082 NORTHPORT AL 35476 |
| ANDERSON LUBRICANTS INC | DBA PETROCHOICE ATTN: CHARLIE ROSENFELDER PO BOX 7190 KNOXVILLE TN 37921-7190 |
| ANDERSON LUBRICANTS INC | 3301 JAMES DAY AVE SUPERIOR WI 54880 |
| ARCHROCK PARTNERS LP | ARCHROCK PARTNERS OPERATING LLC PO BOX 201160 DALLAS TX 75320-1160 |
| ARCHROCK PARTNERS LP | 16666 NORTHCHASE DRIVE HOUSTON TX 77060 |
| ARCHROCK SERVICES LP | PO BOX 201160 DALLAS TX 75320-1160 |
| ARCHROCK SERVICES LP | 16666 NORTHCHASE DRIVE HOUSTON TX 77060 |
| ATLAS RESOURCE PARTNERS, L.P., ET AL. | (THE DEBTOR) PARK PLACE CORPORATE CENTER ONE 1000 COMMERCE DRIVE, SUITE 400 PITTSBURGH PA 15275 |
| BRACEWELL LLP | COUNSEL TO U.S. BANK ATTN: TROY HARDER 711 LOUSIANA STREET, SUITE 2300 HOUSTON TX 77002-2770 |
| CARTER MACHINERY COMPANY INC | 1330 LYNCHBURG TURNPIKE SALEM VA 24153 |
| CARTER MACHINERY COMPANY INC | PO BOX 751053 CHARLOTTE NC 28275-1053 |
| CDW LLC | CDW DIRECT 300 N MILWAUKEE AVENUE VERNON HILLS IL 60061 |
| CDW LLC | CDW DIRECT PO BOX 75723 CHICAGO IL 60675-5723 |
| CIGANOVICH CONSTRUCTION INC | ATTN: MARK CIGANOVICH 429 STONE ST RATON NM 87740 |
| CITIZENS GAS UTILITY DISTRICT | OF SCOTT & MORGAN COUNTIES ATTN: GREG BELL PO BOX 320 HELENWOOD TN 37755 |
| CITIZENS GAS UTILITY DISTRICT | OF SCOTT & MORGAN COUNTIES 12519 SCOTT HIGHWAY HELENWOOD TN 37755 |
| CROSS M RANCH LLC | 520 BILLIMEK RD SCHULEMBURG TX 78956 |
| CSI COMPRESSCO LP | (FORMERLY COMPRESSOR SYSTEMS INC) PO BOX 841807 DALLAS TX 75284-1807 |
| CSI COMPRESSCO LP | (FORMERLY COMPRESSOR SYSTEMS INC) 24955 INTERSTATE 45 N THE WOODLANDS TX 77380 |
| D&T WELL SERVICES LLC | ATTN: DONNIE SANDOVAL 521 ADAMS ST RATON NM 87740 |
| EASTERN COLORADO WELL SVC LLC | PO BOX 244 CHEYENNE WELLS CO 80810 |
| EASTERN COLORADO WELL SVC LLC | 43400 US HIGHWAY 40 CHEYENNE WELLS CO 80810 |
| ENABLE MIDSTREAM PARTNERS LP | SERVICESTAR 211 N ROBINSON AVE STE S410 OKLAHOMA CITY OK 73102 |
| ENABLE MIDSTREAM PARTNERS LP | SERVICESTAR PO BOX 301392 DALLAS TX 75303-1392 |
| HAHN LOESER & PARKS, LLP | 200 PUBLIC SQUARE SUITE 2800 CLEVELAND OH 44114 |
| HAHN LOESER & PARKS, LLP | PO BOX 643434 CINCINNATI OH 45264-3434 |
| HARRISON COUNTY TREASURER | 100 W MARKET ST CADIZ OH 43907 |
| J & P SERVICE INC | PO BOX 207 GIDDINGS TX 78942 |
| J & P SERVICE INC | 1103 PRIVATE RD 7703 GIDDINGS TX 78942 |
| J-W POWER COMPANY | 15505 WRIGHT BROTHERS DR ADDISON TX 75001 |
| J-W POWER COMPANY | PO BOX 205856 DALLAS TX 75320-5856 |
| JAY R LITTLE | J LITTLE OIL WELL SERVICING & PLUGGING 5460 NICHOLS RUN LIMESTONE NY 14753 |
| JEFFREY L DWIGGINS | DWIGGINS CONSULTING LLC 2004 KIAWAH CIR EDMOND OK 73025 |
| JOHNSON COUNTY TAX A/C | P.O. BOX 75 CLEBURNE TX 76033 |
| JOHNSON COUNTY TAX A/C | 2 N MILL STREET CLEBURNE TX 76033 |
| KINDER MORGAN TREATING LP | PO BOX 201607 DEPT 3015 DALLAS TX 75320-1607 |
| KINDER MORGAN TREATING LP | 1001 LOUISIANA ST, SUITE 1000 HOUSTON TX 77002 |
| KNL INC | 114 FOXBOROUGH ST NORTH TAZEWELL VA 24630 |
| LATHAM & WATKINS LLP | ATTN: JONATHAN ROD 885 THIRD AVENUE NEW YORK NY 10019 |
| LATHAM & WATKINS LLP | (COUNSEL TO THE SECOND LIEN LENDERS) ATTN: ADAM GOLDBERG ESQ AND DAVID MCELHOE ESQ 885 THIRD AVENUE NEW YORK NY 10022 |
| LEE HECHT HARRISON LLC | DEPT CH #10544 PALATINE IL 60055-0544 |
| LINDQUIST & VENNUM LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: MARK C. DIETZEN, ESQ. MINNEAPOLIS MN |

ATLAS RESOURCE PARTNERS, L.P.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LINDQUIST & VENNUM LLP | 55402 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT COUNTY) ATTN: ELIZABETH WELLER DALLAS TX 75207 |
| LINKLATERS LLP | (COUNSEL TO WELLS FARGO BANK NA AS ADMINISTRATIVE AGENT UNDER FIRST LIEN CREDIT AGREEMENT) ATTN: MARGOT SCHONHOLTZ ESQ, PENELOPE JENSEN ESQ CHRISTOPHER HUNKER ESQ 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| NATURAL GAS COMPRESSION SYSTEMS INC | ATTN: AL YUNCKER 2480 AERO PARK DRIVE TRAVERSE CITY MI 49686 |
| NICK'S WELL PLUGGING LLC | ATTN: TAMMY ANGUS 1800 N RIVER RD NE WARREN OH 44483 |
| NYC DEPT. OF FINANCE | ATTN: LEGAL AFFAIRS 345 ADAMS STREET, 3RD FL. BROOKLYN NY 11201 |
| NYS DEPT. TAXATION & FINANCE | BANKRUPTCY/SPECIAL PROCEDURES SECTION P.O. BOX 5300 ALBANY NY 12205-0300 |
| PANHANDLE OILFIELD SERVICE CO INC | 14000 QUAIL SPRINGS PKWY STE 300 OKLAHOMA CITY OK 73134-2600 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | (COUNSEL TO CHEVRON) ATTN:  RICHARD EPLING ESQ, CHRISTOPHER MIRICK ESQ DINA YAVICH ESQ. 1540 BROADWAY NEW YORK NY 10036 |
| PYRAMID INSTRMNTN & ELECTRICAL CORP | 2030 E MURPHY ST ODESSA TX 79761-5802 |
| R L LAUGHLIN & CO INC | 5012 WASHINGTON ST W CHARLESTON WV 25313-1527 |
| ROGERS OILFIELD INC | 4717 TX-171 CLEBURNE TX 76033 |
| ROGERS OILFIELD INC | PO BOX 702 GRAHAM TX 76450 |
| RR DONNELLEY | PO BOX 538602 ATLANTA GA 30353-8602 |
| RR DONNELLEY | 111 S WACKER DRIVE CHICAGO IL 60606-4301 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (PROPOSED COUNSEL TO THE DEBTORS) ATTN: RON MEISLER ESQ AND CARL T TULLSON ESQ 155 N WACKER DRIVE CHICAGO IL 60606 |
| SPECTRA ENERGY PARTNERS LP | EAST TENNESSEE NATURAL GAS LLC JP MORGAN CHASE BANK PO BOX 301563 DALLAS TX 75303-1563 |
| SPECTRA ENERGY PARTNERS LP | EAST TENNESSEE NATURAL GAS LLC 5400 WESTHEIMER COURT HOUSTON TX 77056 |
| SULLIVAN CONTRACTING INC | 6750 5TH ST NORTHPORT AL 35476-3447 |
| TARRANT COUNTY TAX ASSESSOR/COLL | ATTN: RON WRIGHT P.O. BOX 961018 FORT WORTH TX 76161-0018 |
| TARRANT COUNTY TAX ASSESSOR/COLL | ATTN: RON WRIGHT 100 E WEATHERFORD ST FORT WORTH TX 76196 |
| THE INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| TRANSTEX HUNTER LLC | PO BOX 841847 DALLAS TX 75284-1847 |
| TRANSTEX HUNTER LLC | 1046 TEXAN TRAIL GRAPEVINE TX 76051 |
| U.S. BANK | ATTN: STEVEN A. FINKLEA 5555 SAN FELIPE STREET, SUITE 1150 HOUSTON TX 77056 |
| U.S. SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE BROOKFIELD PLACE 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| UNITED EXCAVATING AND GENERAL | CONTRACTING INC ATTN: JORDAN DANT 2381 S 500 E MONTGOMERY IN 47558 |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK ATTENTION: TAX & BANKRUPTCY UNIT 86 CHAMBERS STREET, THIRD FLOOR NEW YORK NY 10007 |
| UNITED STATES TRUSTEE'S OFFICE | REGION 2 U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, ROOM 1006 NEW YORK NY 10014 |
| USA COMPRESSION PARTNERS LP | PO BOX 974206 DALLAS TX 75397-4206 |
| USA COMPRESSION PARTNERS LP | 100 CONGRESS AVENUE, SUITE 450 AUSITN TX 78701 |
| WILMINGTON TRUST, N.A. | ATTN: MEGHAN MCCAULEY 50 SOUTH SIXTH STREET, SUITE 1290 MINNEAPOLIS MN 55402 |
| WRIGHT & COMPANY, INC. | TWELVE CADILLAC DR SUITE 260 BRENTWOOD TN 37027 |

Total Creditor count  78

ATLAS RESOURCE PARTNERS, L.P.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BANK OF AMERICA, N.A. | BANK OF AMERICA CENTER 700 LOUISIANA STREET HOUSTON TX 77002 |
| CITIBANK, N.A. | COMMERCIAL BANKING 2800 POST OAK BLVD., STE. 400 HOUSTON TX 77056 |
| KEYBANK, N.A. | 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| SANTANDER BANK    (SOVEREIGN BANK) | ENERGY FINANCE 45 EAST 53RD STREET, 10TH FLOOR NEW YORK NY 10022 |
| WELLS FARGO BANK, N.A. | OIL & GAS DIVISION – DALLAS 1445 ROSS AVENUE, 45TH FLOOR DALLAS TX 75202 |

**Total Creditor count  5**

ATLAS RESOURCE PARTNERS, L.P.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ALABAMA DEPT OF REVENUE | 50 N RIPLEY ST MONTGOMERY AL 36130 |
| ALABAMA DEPT OF REVENUE | BUSINESS PRIVILEGE TAX SECTION P.O. BOX 327320 MONTGOMERY AL 36132-7320 |
| ALABAMA DEPT OF REVENUE | CORPORATE TAX SECTION P.O. BOX 327435 MONTGOMERY AL 36132-7435 |
| ANDERSON COUNTY SHERIFF | 208 S MAIN ST LAWRENCEBURG KY 40342 |
| ANDERSON COUNTY TRUSTEE | 100 NORTH MAIN STREET ROOM 203 CLINTON TN 37716 |
| ANDERSON COUNTY TRUSTEE | P.O. BOX 25 CLINTON TN 37717-0025 |
| ARIZONA DEPARTMENT OF REVENUE | P.O. BOX 29085 PHOENIX AZ 85038 |
| ARIZONA DEPARTMENT OF REVENUE | ATTN: CUSTOMER CARE PO BOX 29086 PHOENIX AZ 85038-9086 |
| ASHTABULA COUNTY TREASURER | ATTN: DAWN M CRAGON 25 W. JEFFERSON ST. JEFFERSON OH 44047 |
| BARBOUR COUNTY SHERIFF | ATTN TREASURER OFFICE 26 N MAIN ST STE 1 PHILIPPI WV 26416-1199 |
| BEMUS POINT CENTRAL SCHOOL | ATTN: TAX COLLECTOR P.O. BOX 58 BUFFALO NY 14240-0058 |
| BEMUS POINT CENTRAL SCHOOL | 3980 DUTCH HOLLOW RD BEMUS POINT NY 14712 |
| BOARDMAN TOWNSHIP TREASURER | ATTN: NIKKI GILLETTE, TREASURER 6421 N SHIPPY RD SOUTH BOARDMAN MI 49680 |
| BOARDMAN TOWNSHIP TREASURER | P.O. BOX 88 SOUTH BOARDMAN SOUTH BOARDMAN MI 49680-0088 |
| BUCHANAN COUNTY TREASURER | P.O. BOX 1056 GRUNDY VA 24614 |
| BUCHANAN COUNTY TREASURER | ATTN: BILLY J. KEENE 1012 WALNUT ST # 104 GRUNDY VA 24614 |
| CAMPBELL COUNTY TRUSTEE | ATTN: MONTY BULLOCK P.O. BOX 72 JACKSBORO TN 37757 |
| CAMPBELL COUNTY TRUSTEE | 570 MAIN STREET SUITE 202 JACKSBORO TN 37757 |
| CARRIE D FINNERTY SCHOOL | ATTN: TAX COLLECTOR 5962 NIOBE RD PANAMA NY 14767 |
| CARROLL COUNTY TREASURER | ATTN: JEFF YEAGER 119 SOUTH LISBON STREET SUITE 103 CARROLLTON OH 44615 |
| CARROLL COUNTY TREASURER | ATTN: JEFF YEAGER P.O. BOX 327 CARROLLTON OH 44615-0327 |
| CASSADAGA VALLEY CSD | ATTN: TAMMIE ANN WICHLACZ SCHOOL TAX COLLECTOR P.O. BOX 540 SINCLAIRVILLE NY 14782 |
| CASSADAGA VALLEY CSD | 5935 ROUTE 60 SINCLAIRVILLE NY 14782 |
| CITY OF BESSEMER REVENUE | DEPT 1806 3RD AVE N BESSEMER AL 35020 |
| CITY OF GREEN | DIVISION OF TAXATION P.O. BOX 460 GREEN OH 44232-0460 |
| CITY OF GREEN | 1755 TOWN PARK BLVD. UNIONTOWN OH 44685 |
| CITY OF PHILADELPHIA | MUNICIPAL SERVICES BUILDING 1401 JOHN F KENNEDY BLVD CONCOURSE LEVEL PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA | DEPARTMENT OF REVENUE P.O. BOX 200 PHILADELPHIA PA 19105-0200 |
| CLINTON CITY RECORDER | ATTN: REGINA RIDENOUR 100 N BOWLING ST CLINTON TN 37716-2971 |
| COGCC | 1120 LINCOLN ST STE 801 DENVER CO 80203 |
| COLORADO DEPT OF REVENUE | 1375 SHERMAN ST. DENVER CO 80261-0006 |
| COLORADO DEPT OF REVENUE | 1375 SHERMAN ST. DENVER CO 80261-0008 |
| COLUMBIANA COUNTY TREASURER | 105 S MARKET ST STE 8 LISBON OH 44432 |
| COMMISSIONER OF REVENUE | LEDBETTER BUILDING 1816 W 7TH ST RM 2250 LITTLE ROCK AR 72201 |
| COMMISSIONER OF REVENUE | P.O. BOX 919 LITTLE ROCK AR 72203-0919 |
| COMMONWEALTH OF PENNSYLVANIA | DEPT OF TRANSPORTATION BUREAU OF MOTOR VEHICLES HARRISBURG PA 17106-8274 |
| CORPORATE INCOME TAX | 915 SW HARRISON ST TOPEKA KS 66699-4000 |
| COSHOCTON COUNTY TREASURER | ATTN: JANETTE DONAKER 349 MAIN ST COSHOCTON OH 43812 |
| COSTILLA COUNTY TREASURER | 400 GASPER STREET SAN LUIS CO 81152 |
| COSTILLA COUNTY TREASURER | P.O. BOX 348 SAN LUIS CO 81152-0348 |
| COUNTY COMM OF HARRISON COUNTY WV | 301 W MAIN ST CLARKSBURG WV 26301 |
| DALLAS COUNTY TAX OFFICE | 500 ELM STREET DALLAS TX 75202-3304 |
| DALLAS COUNTY TAX OFFICE | P.O. BOX 139066 DALLAS TX 75313-9066 |
| DC TREASURER | 1101 4TH ST SUITE W270 WASHINGTON DC 20024 |
| DC TREASURER | OFFICE OF TAX AND REVENUE P.O. BOX 679 WASHINGTON DC 20044-0679 |
| DELAWARE FINANCIAL GROUP | ATTN: ANDREW LUBIN 110 S POPLAR STREET, SUITE 101 WILMINGTON DE 19801 |
| DENTON COUNTY TAX OFFICE | ATTN: MICHELLE FRENCH TAX A/C P.O. BOX 90223 DENTON TX 76202 |

| Claim Name | Address Information |
|---|---|
| DENTON COUNTY TAX OFFICE | ATTN: MICHELLE FRENCH MARY & JIM HORN GOVERNMENT CENTER 1505 E MCKINNEY ST DENTON TX 76209-4525 |
| DEPARTMENT OF CONSERVATIONS & | RACHEL CARSON STATE OFFICE BUILDING 6TH FLOOR HARRISBURG PA 17105 |
| DEPARTMENT OF CONSERVATIONS & | NATURAL RESOURCES P.O. BOX 8553 HARRISBURG PA 17105-8553 |
| ELLIS COUNTY TAX OFFICE | ATTN: JOHN BRIDGES, TAX ASSESSOR 109 S JACKSON ST WAXAHACHIE TX 75165 |
| ELLIS COUNTY TAX OFFICE | ATTN: TAX ASSESSOR COLLECTOR 109 S JACKSON ST RM T125 P.O. DRAWER 188 WAXAHACHIE TX 75168 |
| ERATH COUNTY TAX A/C | 320 W COLLEGE ST STEPHENVILLE TX 76401-4218 |
| FRANCHISE TAX BOARD | P.O. BOX 942857 SACRAMENTO CA 94257-0531 |
| FRANCHISE TAX BOARD | FRANCHISE TAX BOARD SACRAMENTO CA 95827 |
| GEAUGA COUNTY TREASURER | ATTN: CHRISTOPHER P HITCHCOCK 211 MAIN STREET CHARDON OH 44024 |
| GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY BLVD NE SUITE 12000 ATLANTA GA 30345-3205 |
| GEORGIA DEPARTMENT OF REVENUE | PROCESSING CENTER P.O. BOX 740239 ATLANTA GA 30374-0239 |
| GRANT COUNTY | 112 E GUTHRIE ST MEDFORD OK 73759-1244 |
| GRAPEVINE-COLLEYVILLE AREA TAX OFC | 3072 MUSTANG DR GRAPEVINE TX 76051-5901 |
| GUERNSEY COUNTY TREASURER | ATTN: JAMES A CALDWELL 627 WHEELING AVE SUITE 201 CAMBRIDGE OH 43725-2362 |
| HARRISON COUNTY TREASURER | 100 W MARKET ST CADIZ OH 43907 |
| HILL COUNTY TAX OFFICE | ATTN: TAX ASSESSOR/COLLECTOR P.O. BOX 412 HILLSBORO TX 76645 |
| HILL COUNTY TAX OFFICE | 80 N WACO STREET HILSBORO TX 76645 |
| HOLMES COUNTY TREASURER | ATTN: JOYCE L. YODER 75 EAST CLINTON ST. STE. 105 MILLERSBURG OH 44654 |
| HOOD COUNTY APPRAISAL DISTRICT | 1902 W PEARL ST P.O. BOX 819 GRANBURY TX 76048 |
| HOOD COUNTY APPRAISAL DISTRICT | 1902 W PEARL STREET GRANBURY TX 76048 |
| IDAHO STATE TAX COMMISSION | P.O. BOX 83784 BOISE ID 83707-3784 |
| IDAHO STATE TAX COMMISSION | 800 E PARK BLVD PLAZA IV BOISE ID 83712-7742 |
| INDIANA DEPARTMENT OF REVENUE | 100 N SENATE IGCN RM N105 INDIANAPOLIS IN 46204 |
| INDIANA DEPARTMENT OF REVENUE | COLLECTION DIVISION P.O. BOX 595 INDIANAPOLIS IN 46206-0595 |
| INDIANA DEPARTMENT OF REVENUE | P.O. BOX 6080 INDIANAPOLIS IN 46206-6080 |
| INDIANA DEPT OF REVENUE | P.O. BOX 1028 INDIANAPOLIS IN 46206-1028 |
| INTERNAL REVENUE SERVICE | LEVY PROCEEDS ROBERT CROUSHORE CINCINNATI OH 45999-0039 |
| JACK COUNTY | ATTN: SHARON ROBINSON TAX ASSESSOR & COLLECTOR 100 N MAIN ST STE 209 JACKSBORO TX 76458 |
| JACK COUNTY APPRAISAL DISTRICT | 210 N CHURCH ST JACKSBORO TX 76458 |
| JACK COUNTY APPRAISAL DISTRICT | 210 N CHURCH ST P.O. BOX 958 JACKSBORO TX 76458-0958 |
| JACKSON TOWNSHIP TAX COLLECTOR | ATTN: JEANNE M GROGG 7043 WOODLAND DR SPRING GROVE PA 17362 |
| JACKSON TOWNSHIP TAX COLLECTOR | P.O. BOX 56 JACKSON CENTER PA 16133 |
| JACKSON TWP WAGE TAX RECEIV | ATTN: LEONA MCINTIRE 59 SMITH DRIVE JACKSON CENTER PA 16133 |
| JEFFERSON COUNTY DEPT OF REVENUE | P.O. BOX 11088 BIRMINGHAM AL 35202-1088 |
| JEFFERSON COUNTY DEPT OF REVENUE | JEFFERSON COUNTY COURTHOUSES A-100 NORTH ANNEX 716  RICHARD ARRINGTON JR BLVD, NORTH BIRMINGHAM AL 35203 |
| JOHNSON COUNTY TAX A/C | P.O. BOX 75 CLEBURNE TX 76033 |
| JOHNSON COUNTY TAX A/C | 2 NORTH MILL ST CLEBURNE TX 76033 |
| KENTUCKY STATE TREASURER | DEPARTMENT OF REVENUE 501 HIGH ST FRANKFORT KY 40620 |
| KNOX COUNTY TREASURER | 111 N 7TH ST STE 1 VINCENNES IN 47591-2040 |
| LAFAYETTE TOWNSHIP TAX COLLECTOR | ATTN: TAMRA J BLACK 120 BEAVER DRIVE LEWIS RUN PA 16738 |
| LAS ANIMAS COUNTY TREASURER | 200 E FIRST ST # 204 P.O. BOX 13 TRINIDAD CO 81082 |
| LAS ANIMAS COUNTY TREASURER | 200 E FIRST ST ROOM 204 TRINIDAD CO 81082 |
| LAWRENCE COUNTY SHERIFF | 310 E MAIN ST LOUISA KY 41230-1159 |
| LOUISIANA DEPARTMENT OF REVENUE | 617 NORTH THIRD ST BATON ROUGE LA 70802 |
| LOUISIANA DEPARTMENT OF REVENUE | P.O. BOX 751 BATON ROUGE LA 70821-0751 |
| LUZERNE TOWNSHIP PA | ATTN: ANDREA KOVACH-TAX COLLECTOR 200 OAK HILL RD ADAH PA 15410 |

ATLAS RESOURCE PARTNERS, L.P.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| MAHONING COUNTY TREASURER | DANIEL YEMMA COURTHOUSE 120 MARKET ST YOUNGSTOWN OH 44503-1749 |
| MARTIN COUNTY CLERK | P.O. BOX 460 INEZ KY 41224 |
| MARTIN COUNTY CLERK | 29 COURT ST INEZ KY 41224 |
| MARTIN COUNTY SHERIFF | P.O. BOX 407 INEZ KY 41224 |
| MARTIN COUNTY SHERIFF | ATTN: JOHN KIRK, SHERIFF 32 E MAIN ST INEZ KY 41224 |
| MCDOWELL COUNTY COMMISSION | 109 WYOMING ST WELCH WV 24801 |
| MEDINA COUNTY TREASURER | C/O JOHN A. BURKE 144 N BROADWAY MEDINA OH 44256-0000 |
| MISSISSIPPI DEPARTMENT OF REVENUE | 500 CLINTON CENTER DR CLINTON MS 39056 |
| MISSISSIPPI DEPARTMENT OF REVENUE | P.O. BOX 23191 JACKSON MS 39225 |
| MONTANA DEPARTMENT OF REVENUE | 125 N ROBERTS HELENA MT 59601 |
| MONTANA DEPARTMENT OF REVENUE | P.O. BOX 8021 HELENA MT 59604 |
| MORGAN COUNTY TREASURER | 155 E MAIN ST AM 153 MCCONNELSVILE OH 43756 |
| MORGAN COUNTY TRUSTEE | ATTN: CINDI JONES P.O. BOX 189 WARTBURG TN 37887 |
| MORGAN COUNTY TRUSTEE | 415 N KINGSTON ST WARTBURG TN 37887 |
| MUSKINGUM COUNTY TREASURER | 401 MAIN ST ZANESVILLE OH 43701-3565 |
| NEW MEXICO TAXATION | AND REVENUE DEPT P.O. BOX 25127 SANTA FE NM 87504 |
| NEW MEXICO TAXATION | 1100 SOUTH ST FRANCIS DR SANTA FE NM 87504 |
| NEW PHILADELPHIA INCOME TAX DEPT | 150 E HIGH AVE STE 41 NEW PHILADELPHIA OH 44663 |
| NOBLE COUNTY TREASURER | ATTN: MARILYN BOND 290 COUNTY COURTHOUSE CALDWELL OH 43724 |
| NORTH CAROLINA DEPT OF REVENUE | 501 N WILMINGTON ST RALEIGH NC 27604 |
| NORTH CAROLINA DEPT OF REVENUE | P.O. BOX 25000 RALEIGH NC 27640-0500 |
| NYC DEPARTMENT OF FINANCE | CORRESPONDENCE UNIT ONE CENTRE STREET 22ND FLOOR NEW YORK NY 10007 |
| NYC DEPARTMENT OF FINANCE | P.O. BOX 5070 KINGSTON NY 12402-5070 |
| NYS DEPT OF TAXATION | BLDG 9 RM 234 W A HARRIMAN CAMPUS ALBANY NY 12227 |
| NYS LLC LLP | NYS TAX DEPARTMENT RPC - PIT 90 COHOES AVE GREEN ISLAND NY 12183-1515 |
| NYS LLC LLP | FEE STATE PROCESSING CENTER P.O. BOX 4148 BINGHAM NY 13902-4148 |
| OHIO TREASURER | ATTN: JOSH MANDEL 206 E THIRD ST UHRICHSVILLE OH 44683 |
| OKLAHOMA TAX COMMISSION | P.O. BOX 26860 OKLAHOMA CITY OK 73126 |
| OKLAHOMA TAX COMMISSION | P.O. BOX 26930 OKLAHOMA CITY OK 73126 |
| OKLAHOMA TAX COMMISSION | GROSS PRODUCTION P.O. BOX 26740 OKLAHOMA CITY OK 73126-0740 |
| OKLAHOMA TAX COMMISSION | P.O. BOX 26890 OKLAHOMA CITY OK 73126-0890 |
| OKLAHOMA TAX COMMISSION | P.O. BOX 269056 OKLAHOMA CITY OK 73126-9056 |
| OKLAHOMA TAX COMMISSION | 2501 NORTH LINCOLN BLVD CONNRS BUILDING CAPITOL COMPLEX OKLAHOMA CITY OK 73194 |
| OREGON DEPARTMENT OF REVENUE | 955 CENTER STREET NE SALEM OR 97301-2555 |
| OREGON DEPARTMENT OF REVENUE | P.O. BOX 14780 SALEM OR 97309-0469 |
| PA DEPARTMENT OF REVENUE | DEPT 280422 HARRISBURG PA 17128-0422 |
| PA DEPARTMENT OF REVENUE | P.O. BOX 280425 HARRISBURG PA 17128-0425 |
| PA DEPARTMENT OF REVENUE | P.O. BOX 280427 HARRISBURG PA 17128-0427 |
| PA DEPARTMENT OF REVENUE | BUREAU OF INDIVIDUAL TAXES P.O. BOX 280504 HARRISBURG PA 17128-0504 |
| PA DEPARTMENT OF REVENUE | 1 REVENUE PLACE HARRISBURG PA 17129-0001 |
| PA DEPT. OF REVENUE | DEPARTMENT 280403 HARRISBURG PA 17128-0403 |
| PALO PINTO TAX ASSESSOR | P.O. BOX 160 PALO PINTO TX 76484 |
| PALO PINTO TAX ASSESSOR | 520 OAK ST ROOM 107 PALO PINTO TX 76484 |
| PANOLA COUNTY TAX ASSESSOR | ATTN: DABBIE CRAWFORD TAX A/C PANOLA COUNTY 110 S SYCAMORE ST STE 211 CARTHAGE TX 75633 |
| PARKER COUNTY APPRAISAL DISTRICT | 1108 SANTA FE DR WEATHERFORD TX 76086-5818 |
| PERRY COUNTY TREASURER | 105 NORTH MAIN ST NEW LEXINGTON OH 43764 |
| PERRY COUNTY TREASURER | P.O. BOX 288 NEW LEXINGTON OH 43764-0288 |
| PHILLIPS COUNTY TREASURER | 301 STATE ST PHILLIPSBURG KS 67661 |

| Claim Name | Address Information |
|---|---|
| PHILLIPS COUNTY TREASURER | ATTN: LINDA L STATZ P.O. BOX 267 HOLYOKE CO 80734-0267 |
| PORTAGE COUNTY TREASURER | 449 S MERIDIAN ST RAVENNA OH 44266 |
| PORTAGE COUNTY TREASURER | 221 S INTEROCEAN AVE HOLYOKE CO 80734 |
| RAILROAD COMMISSION OF TEXAS | P.O. BOX 12967 AUSTIN TX 76086 |
| RAILROAD COMMISSION OF TEXAS | 1701 N CONGRESS AUSTIN TX 78701 |
| RALEIGH COUNTY SHERIFF | ATTN: TREASURER OFFICE 215 MAIN ST BECKLEY WV 25801-4612 |
| RI DIVISION OF TAXATION | ONE CAPITOL HILL PROVIDENCE RI 02908 |
| RI DIVISION OF TAXATION | DEPT 88 P.O. BOX 9702 PROVIDENCE RI 02940-9702 |
| RIO BLANCO COUNTY TREASURER | P.O. BOX G MEEKER CO 81641 |
| RIO BLANCO COUNTY TREASURER | 1032 JENNIFER DRIVE MEEKER CO 81641 |
| SC DEPARTMENT OF REVENUE | ATTN: DIRECTOR 300A OUTLET POINTE BLVD PO BOX 125 COLUMBIA SC 29214 |
| SC DEPARTMENT OF REVENUE | CORPORATION RETURN COLUMBIA SC 29214-0100 |
| SCHOOL TAX COLLECTOR | CHAUTAUQUA LAKE CENTRAL SCHOOL P.O. BOX 3354 BUFFALO NY 14240-3354 |
| SCHOOL TAX COLLECTOR | 100 NORTH ERIE ST MAYVILLE NY 14757 |
| SCOTT COUNTY TRUSTEE | ATTN: JIMMY D BYRD TRUSTEE P.O. BOX 205 HUNTSVILLE TN 37756 |
| SCOTT COUNTY TRUSTEE | SCOTT COUNTY OFFICE BUILDING 2845 BAKER HIGHWAY HUNTSVILLE TN 37756 |
| SEDGWICK COUNTY TREASURER | ATTN: WANDA K TRENNEPOHL 315 CEDAR ST STE 210 JULESBURG CO 80737-1563 |
| SEWICKLEY TOWNSHIP | ATTN: LINDA R HARVEY, TAX COLLECTOR SEWICKLEY TOWNSHIP 310 SEWICKLEY AVE HERMINIE PA 15637 |
| SHERIFF & TREASURER OF HARRISON CTY | ATTN: ALBERT F MARANO 301 W MAIN ST CLARKSBURG WV 26301 |
| SHERIFF OF MCDOWELL COUNTY | 90 WYOMING ST STE 117 WELCH WV 24801-2487 |
| SHERIFF OF TAYLOR COUNTY | P.O. BOX 189 GRAFTON WV 26354 |
| SHERIFF OF TAYLOR COUNTY | TAYLOR COUNTY COURTHOUSE 214 WEST MAIN ST GRAFTON WV 26354 |
| SHERIFF OF WYOMING COUNTY | P.O. BOX 529 PINEVILLE WV 24874 |
| SHERIFF OF WYOMING COUNTY | 506A RIVER ROAD PINEVILLE WV 24874 |
| SHERMAN CENTRAL SCHOOL | ATTN: TAX COLLECTOR DEPT 117203 P.O. BOX 5270 BINGHAMTON NY 13902 |
| SHERMAN CENTRAL SCHOOL | 127 PARK ST SHERMAN NY 14781 |
| SOUTHWESTERN CSD SCHOOL | ATTN: TAX COLLECTOR P.O. BOX 1289 BUFFALO NY 14240 |
| SOUTHWESTERN CSD SCHOOL | 600 HUNT RD, WE JAMESTOWN NY 14701 |
| STARK COUNTY TREASURER | P.O. BOX 24815 CANTON OH 44701-4815 |
| STARK COUNTY TREASURER | 2955 WISE AVE, NW CANTON OH 44708 |
| STATE OF NEW JERSEY | CORPORATION TAX DEPT P.O. BOX 666 TRENTON NJ 08646-0666 |
| STATE OF NEW JERSEY | TAXATION BUILDING 50 BARRACK ST 1ST FLOOR LOBBY TRENTON NJ 08695 |
| SULLIVAN COUNTY TREASURER | 100 COURTHOUSE SQUARE RM 201 SULLIVAN IN 47882 |
| SUMMIT COUNTY | ATTN: KRISTEN M SCALISE, FISCAL OFFICER 175 S MAIN ST STE 320 AKRON OH 44308 |
| TARRANT COUNTY TAX ASSESSOR/COLL | ATTN: RON WRIGHT P.O. BOX 961018 FORT WORTH TX 76161-0018 |
| TARRANT COUNTY TAX ASSESSOR/COLL | 100 E WEATHERFORD ST FORT WORTH TX 76196 |
| TAX ASSESSOR/COLLECTOR | ATTN: CHARMAINE A CHAPPELL RTA BECKVILLE INDEPENDENT SCHOOL P.O. BOX 37 BECKVILLE TX 75631 |
| TAX ASSESSOR/COLLECTOR | 4398 STATE HIGHWAY 149 BECKVILLE TX 75631 |
| TENNESSEE DEPT OF REVENUE | ANDREW JACKSON STATE OFFICE BLDG 500 DEADERICK ST NASHVILLE TN 37243 |
| TOWN OF CHARLOTTE | P.O. BOX 994 SINCLAIRVILLE NY 14782 |
| TOWN OF CHARLOTTE | 8 LESTER ST SINCLAIRVILLE NY 14782 |
| TOWN OF ELLERY | P.O. BOX 58 BUFFALO NY 14240 |
| TOWN OF ELLERY | 25 SUNNYSIDE AVE BEMUS POINT NY 14712 |
| TOWN OF GERRY | C/O TOWN CLERK / COLLECTOR P.O. BOX 15 GERRY NY 14740 |
| TOWN OF GERRY | GERRY TOWN HALL 4519 ROUTE 60 GERRY NY 14740 |
| TOWN OF HARMONY | C/O CARRIE D FINERTY 5962 NIOBE RD PANAMA NY 14767 |
| TOWN OF NORTH HARMONY | 3445 OLD BRIDGE RD STOW NY 14785 |

ATLAS RESOURCE PARTNERS, L.P.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TOWN OF NORTH HARMONY | P.O. BOX 167 STOW NY 14785-0000 |
| TOWN OF SHERMAN | 111A MILL ST SHERMAN NY 14781 |
| TOWN OF SHERMAN | 111A MILL ST P.O. BOX 568 SHERMAN NY 14781-0568 |
| TREASURER OF BUCHANAN COUNTY | COMMISSIONER OF THE REVENUE P.O. BOX 1042 GRUNDY VA 24614 |
| TREASURER OF BUCHANAN COUNTY | ATTN: BILLY J. KEENE 1012 WALNUT ST # 104 GRUNDY VA 24614 |
| TREASURER OF STATE OF OHIO | 30 E BROAD ST 9TH FLOOR COLUMBUS OH 43215 |
| TREASURER OF STATE OF OHIO | P.O. BOX 530 COLUMBUS OH 43216-0530 |
| TRUMBULL COUNTY TREASURER | 160 HIGH ST NW WARREN OH 44481-1090 |
| TUSCARAWAS COUNTY TREASURER | ATTN: JEFFERY S MAMARELLA 125 EAST HIGH AVE NEW PHILADELPHIA OH 44663-2571 |
| UNITED STATES TREASURY | 550 MAIN ST CINCINNATI OH 45202 |
| UNITED STATES TREASURY | INTERNAL REVENUE SERVICE P.O. BOX 804525 CINCINNATI OH 45999 |
| UTAH STATE TAX COMMISSION | 210 N 1950 W SALT LAKE CITY UT 84134-0180 |
| WASHINGTON COUNTY TREASURER | ATTN: FRANCIS L KING 100 WEST BEAU ST STE 102 WASHINGTON PA 15301 |
| WASHINGTON COUNTY TREASURER | ATTN: DOROTHY K PEPPEL 205 PUTNAM ST MARIETTA OH 45750 |
| WAYNE COUNTY TREASURER | 428 W LIBERTY ST WOOSTER OH 44691-5095 |
| WEST BETHLEHEM TOWNSHIP | 247 JEFFERSON AVE MARIANNA PA 15345 |
| WEST BETHLEHEM TOWNSHIP | ATTN: BETTY GIRDISH-TAX COLLECTOR P.O. BOX 612 MARIANNA PA 15345-0612 |
| WEST VIRGINIA DEPT OF TRNSPRTN | THE REVENUE CENTER 1001 LEE STREET E CHARLESTON WV 25301 |
| WEST VIRGINIA DEPT OF TRNSPRTN | 5707 MACCORKLE AVE SE CHARLESTON WV 25317 |
| WEST VIRGINIA STATE TAX DEPARTMENT | THE REVENUE CENTER 1001 LEE STREET E CHARLESTON WV 25301 |
| WEST VIRGINIA STATE TAX DEPARTMENT | TAX ACCOUNT ADMINISTRATION DIVISION P.O. BOX 1202 CHARLESTON WV 25324 |
| WEST VIRGINIA STATE TAX DEPT | P.O. BOX 2666 CHARLESTON WV 25330-2666 |
| WEST VIRGINIA STATE TAX DEPT | TAX ACCOUNT ADMINISTRATION DIVISION P.O. BOX 11751 CHARLESTON WV 25339-1751 |
| WISCONSIN DEPT OF REVENUE | 819 N SIXTH ST RM 408 MILWAUKEE WI 53203-2016 |
| WISCONSIN DEPT OF REVENUE | BOX 930208 MILWAUKEE WI 53293-0208 |
| WISE APPRAISAL DISTRICT | 400 E BUSINESS HWY 380 DECATUR TX 76234-3165 |
| WISE COUNTY TAX ASSESSOR & COLL | 404 W WALNUT ST DECATUR TX 76234-1372 |

**Total Creditor count  215**

| Claim Name | Address Information |
| --- | --- |
| A COURTEOUS COMMUNICATIONS CORP | 2810 E ROBINSON ST ORLANDO FL 32803 |
| ADVANCED DISPOSAL SERVICES | 90 FORT WADE ROAD SUITE 200 PONTE VEDRA FL 32081 |
| ADVANCED DISPOSAL SERVICES | PO BOX 74008047 CHICAGO IL 60674-8047 |
| AFTON COMMUNICATIONS CORP | 5352 CLOVERDALE RD ROANOKE VA 24019 |
| ALABAMA POWER | C/O SOUTHERN COMPANY 30 IVAN ALLEN JR. BLVD. NW ATLANTA GA 30308 |
| ALABAMA POWER | PO BOX 242 BIRMINGHAM AL 35292 |
| ALABAMA POWER COMPANY | C/O SOUTHERN COMPANY 30 IVAN ALLEN JR. BLVD. NW ATLANTA GA 30308 |
| ALABAMA POWER COMPANY | PO BOX 105090 ATLANTA GA 30348-5090 |
| ALAGASCO | PO BOX 2224 BIRMINGHAM AL 35246-0022 |
| AMERICAN ELECTRIC POWER | 1 RIVERSIDE PLAZA COLUMBUS OH 43215-2372 |
| AMERICAN ELECTRIC POWER | P.O. BOX 24002 CANTON OH 44701-4002 |
| AMERICAN ELECTRIC POWER | APPALACHIAN POWER PO BOX 24413 CANTON OH 44701-4413 |
| ARKANSAS VALLEY ELECTR COOPRTV CORP | PO BOX 47 OZARK AR 72949 |
| ARKANSAS VALLEY ELECTR COOPRTV CORP | 1811 W. COMMERCIAL ST. OZARK AR 72949 |
| ARTHUR ROLLOFF INC | PO BOX 609 RATON NM 87740 |
| ARTHUR ROLLOFF INC | 140 HIGHWAY 72 RATON NM 87740 |
| AT&T | PO BOX 105262 ATLANTA GA 30348-5262 |
| AT&T | PO BOX 105414 ATLANTA GA 30348-5414 |
| AT&T | PO BOX 5080 CAROL STREAM IL 60197-5080 |
| AT&T | 208 S. AKARD ST. DALLAS TX 75202 |
| AT&T CORP | ACC BUSINESS PO BOX 105306 ATLANTA GA 30348-5306 |
| AT&T CORP | 208 S. AKARD ST. DALLAS TX 75202 |
| AT&T LONG DISTANCE | PO BOX 5017 CAROL STREAM IL 60197-5017 |
| AT&T LONG DISTANCE | 208 S. AKARD ST. DALLAS TX 75202 |
| AT&T MOBILITY | PO BOX 6463 CAROL STREAM IL 60197-6463 |
| AT&T MOBILITY | 208 S. AKARD ST. DALLAS TX 75202 |
| BECKLEY WATER COMPANY | 119 S. HEBER ST. BECKLEY WV 25801 |
| BECKLEY WATER COMPANY | PO BOX 2400 BECKLEY WV 25802-2400 |
| BESSEMER UTILITIES | 1600 1ST AVE. NO. BESSEMER AL 35021 |
| BESSEMER UTILITIES | PO BOX 1246 BESSEMER AL 35021-1246 |
| BLAKE A FISSEL | PRO-TECH CLEANING SERVICE PO BOX 537 RATON NM 87740 |
| BLAKE A FISSEL | 1364 VISTA PLACE RATON NM 87740 |
| BRIGHT HOUSE NETWORKS | PO BOX 31709 TAMPA FL 33631-3709 |
| CCGS HOLDINGS CORP | PINNACLE TOWERS ACQUISITION LLC PO BOX 404261 ATLANTA GA 30384-4261 |
| CENTERPOINT ENERGY | 1111 LOUISIANA STREET HOUSTON TX 77002 |
| CENTERPOINT ENERGY | PO BOX 4583 HOUSTON TX 77210-4583 |
| CENTURY LINK | 100 CENTURYLINK DRIVE MONROE LA 71203 |
| CENTURY LINK | PO BOX 29040 PHOENIX AZ 85038-9040 |
| CENTURY LINK | PO BOX 52187 PHOENIX AZ 85072-2187 |
| CHAUTAUQUA & ERIE TELEPHONE CORP | 30 E MAIN ST WESTFIELD NY 14787-1320 |
| CHAUTAUQUA & ERIE TELEPHONE CORP | 634 FAIRPOINT COMMUNICATIONS PO BOX 580028 CHARLOTTE NC 28258-0028 |
| CITY OF COLUMBIANA UTILITIES | 28 W FRIEND ST COLUMBIANA OH 44408 |
| CITY OF JOURDANTON | 1604 HIGHWAY 97 E STE A JOURDANTON TX 78026-1610 |
| CITY OF NEW PHILADELPHIA | WATER OFFICE 150 EAST HIGH AVE., SUITE 015 NEW PHILADELPHIA OH 44663 |
| CLEAR MOUNTAIN OF WESTERN ARKANSAS | DBA MOUNTAIN SPRING WATER COMPANY 8501 HIGHWAY 271 S STE A FORT SMITH AR 72908-8863 |
| CLINTON UTILITY BOARD | 1001 CHARLES G SEIVERS BLVD PO BOX 296 CLINTON TN 37717 |
| CLINTON UTILITY BOARD | 1001 CHARLES G SEIVERS BLVD CLINTON TN 37717 |
| COMCAST CORP | PO BOX 3001 SOUTHEASTERN PA 19398-3001 |

| Claim Name | Address Information |
| --- | --- |
| COMCAST CORP | COMCAST CENTER 1701 JFK BOULEVARD PHILADELPHIA PA 19103 |
| COOKSON HILLS ELECTR COOPRTV INC | 1002 E MAIN STIGLER OK 74462 |
| COOKSON HILLS ELECTR COOPRTV INC | 1002 E MAIN ST PO BOX 539 STIGLER OK 74462-0539 |
| CRAB ORCHARD-MACARTHUR | PUBLIC SERVICE DISTRICT PO BOX 278 CRAB ORCHARD WV 25827 |
| CRAB ORCHARD-MACARTHUR | 196 GLEN VIEW RD CRAB WV 25827 |
| CROSS TELEPHONE COMPANY | PO BOX 9 WARNER OK 74469-0009 |
| CROSS TELEPHONE COMPANY | P.O. BOX 9 704 3RD AVE WARNER OK 74469-0009 |
| CUMBERLAND UTILITY DISTRICT | PO BOX 950 HARRIMAN TN 37748 |
| CUMBERLAND UTILITY DISTRICT | 3201 HARRIMAN HWY PO BOX 950 HARRIMAN TN 37748 |
| DAZSER-BHM CORPORATION | JANI-KING OF BIRMINGHAM 2469 SUNSET POINT RD CLEARWATER FL 33765 |
| DIRECTV LLC | PO BOX 105249 ATLANTA GA 30348-5249 |
| DIRECTV LLC | 2230 EAST IMPERIAL HIGHWAY EL SEGUNDO CA 90245-3501 |
| DOMINION EAST OHIO | 701 EAST CARY STREET 13TH FLOOR RICHMOND VA 23219 |
| DOMINION EAST OHIO | P.O. BOX 26785 RICHMOND VA 23261-6785 |
| DUNLAP ENTERPRISES LLC | PO BOX 158 QUINTON OK 74561 |
| EARTHLINK HOLDINGS CORP | 1170 PEACHTREE STREET NE ATLANTA GA 30309 |
| EARTHLINK HOLDINGS CORP | EARTHLINK BUSINESS PO BOX 88104 PO BOX 88104 CHICAGO IL 60680-1104 |
| EFAX CORPORATE | 6922 HOLLYWOOD BLVD STE 500 LOS ANGELES CA 90028 |
| EFAX CORPORATE | C/O J2 CLOUD SERVICES INC PO BOX 51873 LOS ANGELES CA 90051-6173 |
| ENERGY FUTURE HOLDINGS CORP | ENERGY PLAZA 1601 BRYAN STREET DALLAS TX 75201 |
| ENERGY FUTURE HOLDINGS CORP | TXU ENERGY PO BOX 650638 DALLAS TX 75265 |
| FRANKLIN TOWNSHIP SEWER AUTHORITY | 570 ROLLING MEADOWS RD WAYNESBURG PA 15370 |
| FRANKLIN TOWNSHIP SEWER AUTHORITY | 570 ROLLING MEADOWS RD PO BOX 752 WAYNESBURG PA 15370-0752 |
| FREELANDVILLE WATER ASSOC | 1 STATE HWY 159 FREELANDVILLE IN 47535 |
| FREELANDVILLE WATER ASSOC | PO BOX 321A FREELANDVILLE IN 47535-0321 |
| FRONTIER MIDSTATES INC | DBA FRONTIER PO BOX 20550 ROCHESTER NY 14602-0550 |
| FRONTIER MIDSTATES INC | 180 SOUTH CLINTON AVE ROCHESTER NY 14646-0002 |
| GREEN COUNTY SANITATION | PO BOX D POTEAU OK 74953 |
| GREEN COUNTY SANITATION | 309 KERR AVE POTEAU OK 74953 |
| GUERNSEY-MUSKINGUM | ELECTRIC COOPERATIVE INC 17 S LIBERTY ST NEW CONCORD OH 43762-1299 |
| HASKELL COUNTY WATER COMPANY | 118 W BK 1200 RD STIGLER OK 74462-2391 |
| HIGHLAND TELEPHONE COOPERATIVE | PO BOX 119 SUNBRIGHT TN 37872 |
| HIGHLAND TELEPHONE COOPERATIVE | 7840 MORGAN COUNTY HIGHWAY P. O. BOX 119 SUNBRIGHT TN 37872 |
| HUNTSVILLE UTILITY DISTRICT | 300 WATER PLANT RD PO BOX 208 HUNTSVILLE TN 37756 |
| HUNTSVILLE UTILITY DISTRICT | 300 WATER PLANT ROAD HUNTSVILLE TN 37756 |
| J&J REFUSE INC | 3596 ST RT 39, NW DOVER OH 44622 |
| J&J REFUSE INC | DBA KIMBLE COMPANY PO BOX 448 DOVER OH 44622-0448 |
| JAMESTOWN PLASTICS INC | 8806 HIGHLAND AVE BROCTON NY 14716 |
| KARNES ELECTRIC COOPERATIVE INC | PO BOX 7 KARNES CITY TX 78118 |
| KARNES ELECTRIC COOPERATIVE INC | 1007 N. HIGHWAY 123 KARNES CITY TX 78118 |
| KIAMICHI ELECTRIC COOPERATIVE INC | 966 SW HIGHWAY 2 PO BOX 340 WILBURTON OK 74578 |
| KIAMICHI ELECTRIC COOPERATIVE INC | PO BOX 340 WILBURTON OK 74578-0340 |
| LAKEVIEW AREA INDUSTRIAL | DEVELOPMENTCORPORATION P.O. BOX 5 JACKSON CENTER PA 16133 |
| LEVEL 3 FINANCING INC | 1025 ELDORADO BOUVELARD BROOMFIELD CO 80021 |
| LEVEL 3 FINANCING INC | LEVEL 3 COMMUNICATIONS LLC TW TELECOM PO BOX 910182 DENVER CO 80291-0182 |
| LLOYD HOFF HOLDING CORPORATION | LLOYD'S ELECT/PORTAPAGE/REPEATERS PO BOX 250 MILLWOOD WV 25262 |
| LLOYD HOFF HOLDING CORPORATION | 108 JACK D BURLINGAME DR MILLWOOD WV 25262 |
| M2M DATA CORPORATION | 8668 CONCORD CENTER DR ENGLEWOOD CO 80112 |
| MON POWER | C/O FIRSTENERGY CORP 76 SOUTH MAIN STREET AKRON OH 44308 |

| Claim Name | Address Information |
|---|---|
| MON POWER | PO BOX 3615 AKRON OH 44309-3615 |
| MULGA WATER & GAS DEPT | PO BOX 40 MULGA AL 35118 |
| MULGA WATER & GAS DEPT | 505 MULGA LOOP RD MULGA AL 35118 |
| NATIONAL FUEL GAS DISTRIBUTION CORP | 6363 MAIN STREET WILLIAMSVILLE NY 14221 |
| NATIONAL FUEL GAS DISTRIBUTION CORP | PO BOX 371835 PITTSBURGH PA 15250-7835 |
| OG&E | 321 N HARVEY AVE OKLAHOMA CITY OK 73102 |
| OG&E | OKLAHOMA GAS & ELECTRIC COMPANY PO BOX 24990 OKLAHOMA CITY OK 73124-0990 |
| OHIO EDISON | 76 SOUTH MAIN STREET AKRON OH 44308 |
| OHIO EDISON | PO BOX 3687 AKRON OH 44309-3687 |
| PENELEC | C/O FIRSTENERGY CORP 76 SOUTH MAIN STREET AKRON OH 44308 |
| PENELEC | PO BOX 3687 AKRON OH 44309-3687 |
| PENN POWER | C/O FIRSTENERGY CORP 76 SOUTH MAIN STREET AKRON OH 44308 |
| PENN POWER | P.O. BOX 3687 AKRON OH 44309-3687 |
| PHILLIPS BROADCASTING INC | KCRT/KBKZ RADIO 100 FISHER DR TRINIDAD CO 81082 |
| PHILLIPS BROADCASTING INC | D/B/A KCRT RADIO AM FM ATTN: LORY PHILLIPS 100 FISHER DR. TRINIDAD CO 87740 |
| PLATEAU ELECTRIC COOPERATIVE | 16200 SCOTT HIGHWAY ONEIDA TN 37841 |
| PLATEAU ELECTRIC COOPERATIVE | PO BOX 4669 ONEIDA TN 37841-4669 |
| POWELL CLINCH UTILITY DISTRICT | 203 FIRST ST PO BOX 428 ROCKY TOP TN 37769 |
| PRIMUS | PO BOX 3246 MILWAUKEE WI 53201-3246 |
| PUBLIC SERVICE COMPANY OF OKLAHOMA | C/O AEP 1 RIVERSIDE PLAZA COLUMBUS OH 43215-2373 |
| PUBLIC SERVICE COMPANY OF OKLAHOMA | PO BOX 24421 CANTON OH 44701-4421 |
| RATON NATURAL GAS COMPANY | 1360 S 2ND ST PO BOX 308 RATON NM 87740 |
| RATON UTILITIES | PO BOX 99 RATON NM 87740 |
| RATON UTILITIES | 224 SAVAGE AVE RATON NM 87740 |
| RENA BURDICK | 260 ROUTE 446 SMETHPORT PA 16749 |
| RENA BURDICK | BURDICK'S DISPOSAL & CONTAINER PO BOX 452 SMETHPORT PA 16749-0452 |
| REPUBLIC SERVICES | PO BOX 9001099 LOUISVILLE KY 40290-1099 |
| REPUBLIC SERVICES | 18500 N. ALLIED WAY PHOENIX AZ 85054 |
| RJO INC | FOLIAGE DESIGN SYSTEMS PO BOX 36416 BIRMINGHAM AL 35244 |
| RJO INC | 107 OWENS PKWY STE B BIRMINGHAM AL 35244 |
| RURAL WATER DIST 14 OF LEFORE CNTY | PO BOX 10 SPIRO OK 74959 |
| RURAL WATER DIST 14 OF LEFORE CNTY | 114 N. FRESNO STREET PO BOX 10 SPIRO OK 74959 |
| SAN ISABEL ELECTRIC ASSOCIATION INC | 781 E INDUSTRIAL BLVD PUEBLO WEST CO 81007-1592 |
| SOUTHERN IND GAS & ELECTRIC CO | DBA VECTREN ENERGY DELIVERY PO BOX 6250 INDIANAPOLIS IN 46206-6250 |
| SOUTHERN IND GAS & ELECTRIC CO | ONE VECTREN SQUARE EVANSVILLE IN 47708 |
| SOUTHERN LINC | C/O SOUTHERN COMPANY 30 IVAN ALLEN JR. BLVD. NW ATLANTA GA 30308 |
| SOUTHERN LINC | PO BOX 931581 ATLANTA GA 31193-1581 |
| SOUTHWESTERN PA WATER AUTHORITY | 1442 JEFFERSON ROAD JEFFERSON PA 15334 |
| SOUTHWESTERN PA WATER AUTHORITY | PO BOX 219 JEFFERSON PA 15344 |
| SPRINGER ELECTRIC COOPERATIVE INC | 408 MAXWELL AVE PO BOX 698 SPRINGER NM 87747 |
| SPRINGER ELECTRIC COOPERATIVE INC | 408 MAXWELL AVE SPRINGER NM 87747 |
| SPRINT | PO BOX 219100 KANSAS CITY MO 64121 |
| SPRINT | 6200 SPRINT PKWY OVERLAND PARK KS 66251 |
| SULLIVAN CNTY RUR ELECT COOPRTV INC | PO BOX 65 FORKSVILLE PA 18616 |
| SULLIVAN CNTY RUR ELECT COOPRTV INC | 5675 ROUTE 87 PO BOX 65 FORKSVILLE PA 18616 |
| TAZEWELL COUNTY PSA | PO BOX 190 NORTH TAZEWELL VA 24630 |
| TAZEWELL COUNTY PSA | 168 TAZEWELL MALL CIRCLE TAZEWELL VA 24651 |
| TELECOMMUNICATIONS MGMT LLC | NEWWAVE COMMUNICATIONS ONE MONTGOMERY PLAZA PO BOX 988 SIKESTON MO 63801-0988 |
| THE WATER WORKS & SEWER BOARD | OF THE TOWN OF PARRISH PO BOX 730 PARRISH AL 35580 |

| Claim Name | Address Information |
|---|---|
| THE WATER WORKS & SEWER BOARD | 1275 MAIN DR PARRISH AL 35580 |
| TIME WARNER CABLE | PO BOX 11820 NEWARK NJ 07101-8120 |
| TIME WARNER CABLE | 60 COLUMBUS CIRCLE, 17TH FLOOR NEW YORK NY 10023 |
| TOTAL UPTIME TECHNOLOGIES LLC | 1950 HENDERSONVILLE ROAD #2228 SKYLAND NC 28776 |
| TOTAL UPTIME TECHNOLOGIES LLC | PO BOX 2228 SKYLAND NC 28776-2228 |
| UNCC | UTLTY NOTIFICATION CTR OF COLORADO 16361 TABLE MOUNTAIN PKWY GOLDEN CO 80403 |
| UNITED TELEPHONE COMPANY OF OHIO | DBA CENTURY LINK PO BOX 4300 CAROL STREAM IL 60197-4300 |
| VERIZON | ONE VERIZON PLACE BASKING RIDGE NJ 07920 |
| VERIZON | ONE VERIZON WAY BASKING RIDGE NJ 07920 |
| VERIZON | PO BOX 4830 TRENTON NJ 08650-4830 |
| VERIZON | PO BOX 15124 ALBANY NY 12212-5124 |
| VERIZON | PO BOX 920041 DALLAS TX 75392-0041 |
| VERIZON WIRELESS | P.O. BOX 25505 LEHIGH VALLEY PA 18002-5505 |
| VERIZON WIRELESS | ONE VERIZON PLACE-TAX DEPT ALPHARETTA GA 30004 |
| VILLAGE OF MAYVILLE | 1 S ERIE STREET MAYVILLE NY 14757 |
| VILLAGE OF MAYVILLE | PO BOX 188 MAYVILLE NY 14757-0188 |
| WALKER COUNTY SOLID WASTE DEPT | 1803 3RD AVE S STE 107 JASPER AL 35501 |
| WASHINGTON MUNICIPAL UTILITIES | PO BOX 800 WASHINGTON IN 47501 |
| WASHINGTON MUNICIPAL UTILITIES | 101 NE 3RD ST WASHINGTON IN 47501 |
| WASTE MANAGEMENT INC OF TENNESSEE | PO BOX 9001054 LOUISVILLE KY 40290 |
| WASTE MANAGEMENT INC OF TENNESSEE | 1001 FANNIN STREET HOUSTON TX 77002 |
| WASTE MANAGEMENT OF | 408 SOUTH OAK AVENUE PRIMOS PA 19018 |
| WASTE MANAGEMENT OF | MIDWESTERN PA PO BOX 13648 PHILADELPHIA PA 19101-3648 |
| WCI TN-KNOXVILLE | SCOTT SOLID WASTE-TN A WASTE CONNECTIONS COMPANY PO BOX 660177 DALLAS TX 75266-0177 |
| WEST UNIFIED COMMCTNS SVCS INC | 15272 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| WESTERN INDIANA RURAL ELEC MEM CORP | 3981 S US HIGHWAY 41 VINCENNES IN 47591-7438 |
| WESTERN INDIANA RURAL ELEC MEM CORP | DBA WIN ENERGY REMC PO BOX 270 SULLIVAN IN 47882-0270 |
| WINDSTREAM CORPORATION | PO BOX 9001908 LOUISVILLE KY 40290-1908 |
| WINDSTREAM CORPORATION | 4001 RODNEY PARHAM RD. LITTLE ROCK AR 72212-2442 |

**Total Creditor count  175**

ATLAS RESOURCE PARTNERS, L.P.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| A & M GREEN PROPERTIES | 1525 CORPORATE WOODS PKWY, SUITE 100 UNIONTOWN OH 44685 |
| AAA STORAGE | 7877 CLEVELAND AVENUE, NW N. CANTON OH 44720 |
| ANTHEM GROUP | C/O ROSEMONT ATLANTA PROPERTIES, LLC 330 GARFIELD ST. SANTA FE NM 87501 |
| O'DELL, GARY A. | 401 CRESCENT ROAD BECKLEY WV 25801 |
| PARAMOUNT GROUP, INC. | 1633 BROADWAY, SUITE 1801 NEW YORK NY 10019 |
| SUNDANCE PLAZA BUILDING, LLC | 201 MAIN STREET, SUITE 700 FORT WORTH TX 76102 |
| VERMEJO COAL, LLC | PO DRAWER E RATON NM 87740 |

**Total Creditor count  7**

**EXHIBIT B**

## *CORE EMAIL LIST:*

adam.goldberg@lw.com;

idizengoff@akingump.com

jonathan.rod@lw.com

margot.schonholtz@linklaters.com

mdietzen@lindquist.com

mmccauley@wilmingtontrust.com

penelope.jensen@linklaters.com

salberino@akingump.com

troy.harder@bracewelllaw.com

## *TOP 40 EMAIL LIST:*

alamok@hughes.net

ciganovichconst@msn.com

citgasgb@highlands.net

contract@csicompressco.com

credit@cdw.com

credit@pyramidcorporation.com

crosenfelder@petrochoice.com

cwick@hahnlaw.com

desirae.morrison@posci.net

donald.wayne@archrock.com

donald.wayne@archrock.com

dtwellservices@gmail.com

gholloway@usacompression.com

glopez@acornpetroleuminc.com

gslade@knlinc.net

invoices@lhh.com

jacetillery@yahoo.com;

jdavis@eurekamidstream.com

jeff.dwiggins@dwigginsconsulting.com

jgoff@rllco.com; davidc@rllco.com

john.gfeller@rrd.com

john_mcdonald@kindermorgan.com

jordan.dant@unitedexcavating.com

jpsi@verizon.net

jtaylor@jwenergy.com

kpevler@ecws1.com

lamoss@spectraenergy.com

margaret.brooks@enablemidstream.com

randy@wrightandcompany.com

scottp@johnsoncountytx.org

tammy@nickswellplugging.com

tax-sdc@tarrantcounty.com

tim.sullivan@sul-con.com

tom_messer@cartermachinery.com

vg_tillery@yahoo.com

vicki.sefsick@yahoo.com

winchester5145@gmail.com

yuncker@ngcsi.com

**EXHIBIT C**

***CORE FAX LIST:***

| FAX | NAME | |
|---|---|---|
| 212-903-9100 | LINKLATERS LLP | COUNSEL TO WELLS FARGO BANK, N.A. |
| 212-751-4864 | LATHAM & WATKINS LLP | ATTN: ADAM J. GOLDBERG; JONATHAN ROD |
| 202-887-4288; 212-872-1002 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP | ATTN: SCOTT L. ALBERINO; IRA S. DIZENGOFF |
| 612-217-5651 | Wilmington Trust, N.A. | ATTN: MEGHAN MCCAULEY |
| 612-371-3207 | LINDQUIST & VENNUM LLP | COUNSEL TO WILMINGTON TRUST, N.A. |
| 713-437-5349 | BRACEWELL LLP | COUNSEL TO U.S. BANK |

***TOP 40 FAX LIST:***

| FAX | NAME |
|---|---|
| 713-954-4661 | ABRAMS TECHNICAL SERVICES INC |
| 719-634-8811 | ACORN PETROLEUM INC ATTN: GLENDA LOPEZ |
| 865-474-7401 | ANDERSON LUBRICANTS INC |
| 281-836-8060 | ARCHROCK PARTNERS LP |
| 281-836-8060 | ARCHROCK SERVICES LP |
| 540-387-3871 | CARTER MACHINERY COMPANY INC |
| 312-705-4715 | CDW LLC |
| 575-445-5621 | CIGANOVICH CONSTRUCTION INC ATTN: MARK CIGANOVICH |
| 423-569-5303 | CITIZENS GAS UTILITY DISTRICT OF SCOTT & MORGAN COUNTIES |
| 719-767-5228 | EASTERN COLORADO WELL SVC LLC |
| 216-241-2824 | Hahn Loeser & Parks, LLP |
| 740-942-4693 | HARRISON COUNTY TREASURER |
| 979-542-0531 | J & P SERVICE INC |
| 817-556-0826 | JOHNSON COUNTY TAX A/C |
| 372-991-0704 | J-W POWER COMPANY |
| 432-580-3201 | PYRAMID INSTRMNTN & ELECTRICAL CORP |
| 304-776-7742 | R L LAUGHLIN & CO INC |
| 215-561-8687 | RR DONNELLEY |
| 205-333-6933 | SULLIVAN CONTRACTING INC |
| 713-654-7155 | TRANSTEX HUNTER LLC |
| 812-486-3958 | UNITED EXCAVATING AND GENERAL |
| 512-320-0706 | USA COMPRESSION PARTNERS LP |
| 615-370-0756 | WRIGHT & COMPANY, INC. |