UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
In re                                                      :  **Chapter 11**
                                                           :
**ATLAS RESOURCE PARTNERS, L.P.,** *et al.*,               :  Case No. 16-12149 (SHL)
                                                           :
                                   Debtors.[1]             :  **(Jointly Administered)**
                                                           :
---------------------------------------------------------- x

### STATEMENT OF THE UNITED STATES TRUSTEE OF INABILITY TO APPOINT OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for the Southern District of New York, respectfully reports as follows:

1. Because an insufficient number of unsecured creditors have agreed to serve on an Official Unsecured Creditors' Committee, at this time the United States Trustee is unable to appoint an Official Unsecured Creditors' Committee in these cases, pursuant to 11 U.S.C. § 1102(a).

2. The United States Trustee reserves his right to appoint a committee at a future date if circumstances warrant such appointment.

//

//

---

[1] The Debtors and the last four digits of their taxpayer identification numbers (as applicable) are as follows: Atlas Resource Partners, L.P. (1625), ARP Barnett Pipeline, LLC (2295), ARP Barnett, LLC (2567), ARP Eagle Ford, LLC (6894), ARP Mountaineer Production, LLC (9365), ARP Oklahoma, LLC (5193), ARP Production Company, LLC (9968), ARP Rangely Production, LLC (1625), Atlas Barnett, LLC (4688), Atlas Energy Colorado, LLC (0015), Atlas Energy Indiana, LLC (0546), Atlas Energy Ohio, LLC (5198), Atlas Energy Securities, LLC (5987), Atlas Energy Tennessee, LLC (0794), Atlas Noble, LLC (5139), Atlas Pipeline Tennessee, LLC (4919), Atlas Resource Finance Corporation (2516), Atlas Resource Partners Holdings, LLC (5285), Atlas Resources, LLC (2875), ATLS Production Company, LLC (0124), REI-NY, LLC (5147), Resource Energy, LLC (5174), Resource Well Services, LLC (5162), Viking Resources, LLC (5124). The address of the Debtors' corporate headquarters is Park Place Corporate Center One, 1000 Commerce Drive, Suite 400, Pittsburgh, PA 15275.

1

Dated: New York, New York
     August 12, 2016                      WILLIAM K. HARRINGTON
                                              UNITED STATES TRUSTEE

                                    ***By:***    ***/s/ Andrew D. Velez-Rivera***
                                                   Trial Attorney
                                                   U.S. Federal Office Bldg.
                                                   201 Varick Street, Room 1006
                                                   New York, New York 10014
                                                   Tel. No. (212) 510-0500
                                                   Fax. No. (212) 668-2255