SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David M. Turetsky
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

-and-

Ron E. Meisler (*admitted pro hac vice*)
Felicia Gerber Perlman (*admitted pro hac vice*)
Carl T. Tullson (*admitted pro hac vice*)
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **ATLAS RESOURCE PARTNERS, L.P.,** *et al.*, | **Case No. 16-12149 (SHL)** |
| **Debtors.**[1] | **(Jointly Administered)** |

# NOTICE OF FILING OF PROPOSED DIRECTORS
# AND OFFICERS OF REORGANIZED DEBTORS
# PURSUANT TO BANKRUPTCY CODE SECTION 1129(a)(5)

---

[1] The Debtors and the last four digits of their taxpayer identification numbers (as applicable) are as follows: Atlas Resource Partners, L.P. (1625), ARP Barnett Pipeline, LLC (2295), ARP Barnett, LLC (2567), ARP Eagle Ford, LLC (6894), ARP Mountaineer Production, LLC (9365), ARP Oklahoma, LLC (5193), ARP Production Company, LLC (9968), ARP Rangely Production, LLC (1625), Atlas Barnett, LLC (4688), Atlas Energy Colorado, LLC (0015), Atlas Energy Indiana, LLC (0546), Atlas Energy Ohio, LLC (5198), Atlas Energy Securities, LLC (5987), Atlas Energy Tennessee, LLC (0794), Atlas Noble, LLC (5139), Atlas Pipeline Tennessee, LLC (4919), Atlas Resource Finance Corporation (2516), Atlas Resource Partners Holdings, LLC (5285), Atlas Resources, LLC (2875), ATLS Production Company, LLC (0124), REI-NY, LLC (5147), Resource Energy, LLC (5174), Resource Well Services, LLC (5162), Viking Resources, LLC (5124). The address of the Debtors' corporate headquarters is Park Place Corporate Center One, 1000 Commerce Drive, Suite 400, Pittsburgh, PA 15275.

**PLEASE TAKE NOTICE THAT** in accordance with Article V.J of the <u>Joint Prepackaged Chapter 11 Plan of Reorganization of Atlas Resource Partners, L.P., *et al.* Pursuant to the Chapter 11 of the Bankruptcy Code</u> (Docket No. 16), upon the Effective Date, the individuals listed in <u>Exhibit A</u> attached hereto are proposed to serve as members of the board of directors, limited liability managers, and/or officers of the Reorganized Debtors.

Dated: New York, New York
August 24, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ David M. Turetsky*
David M. Turetsky
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Ron E. Meisler (*admitted pro hac vice*)
Felicia Gerber Perlman (*admitted pro hac vice*)
Carl T. Tullson (*admitted pro hac vice*)
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors and Debtors in Possession*

# EXHIBIT A

**Reorganized Debtors' Proposed Directors and Officers**

**Directors and Officers of Titan Energy, LLC**

| Name | Experience and Affiliations |
|---|---|
| **Edward E. Cohen**<br><br>Class A Director and Executive Chairman | *Edward E. Cohen has been Atlas Resource Partners, L.P.'s ("ARP") Executive Chairman since August 2015 and the Chief Executive Officer and Executive Vice Chairman of Atlas Energy Group, LLC ("ATLS") since February 2015. Mr. Cohen served as President of ATLS from February 2015 to April 2015, and before that was Chairman and Chief Executive Officer since February 2012. Mr. Cohen has also served as Chairman of the Board and Chief Executive Officer of Atlas Growth Partners GP, LLC since 2013. Mr. Cohen served as the Chief Executive Officer and President of Atlas Pipeline Holdings GP, LLC from January 2006 until February 2009 and was chairman of its board from its formation in January 2006 until February 2015. Mr. Cohen served on the executive committee of Atlas Pipeline Holdings GP, LLC from 2006 until February 2015. Mr. Cohen also was the Chairman of the Board and Chief Executive Officer of Atlas Energy, Inc. (formerly known as Atlas America, Inc.) from its organization in 2000 until February 2011 and also served as its President from September 2000 to October 2009. Mr. Cohen was the Executive Chair of the managing board of Atlas Pipeline Partners GP, LLC ("Atlas Pipeline GP") from 1999 until February 2015. Mr. Cohen was the Chief Executive Officer of Atlas Pipeline GP from 1999 to January 2009. Mr. Cohen was the Chairman of the Board and Chief Executive Officer of Atlas Energy Resources, LLC and its manager, Atlas Energy Management, Inc. from their formation in June 2006 until February 2011. In addition, Mr. Cohen has been a director of Resource America, Inc. (a publicly-traded specialized asset management company) since 1988 and its Chairman of its Board of Directors since 1990 and was its Chief Executive Officer from 1988 until 2004, and President from 2000 until 2003; Chair of the Board of Resource Capital Corp. (a publicly-traded real estate investment trust) since its formation in 2005 until November 2009 and currently serves on its board; and Chair of the Board of Brandywine Construction & Management, Inc. (a property management company) since 1994. Mr. Cohen is the father of Jonathan Z. Cohen. Mr. Cohen has been active in the energy business for over 30 years. Mr. Cohen's strong financial and energy industry experience, along with his deep knowledge of the company resulting from his long* |

| | |
|---|---|
| | *tenure with the Debtors and their predecessors, enables Mr. Cohen to provide valuable perspectives on many issues facing the Reorganized Debtors. Mr. Cohen's extensive experience in founding, operating and managing public and private companies of varying size and complexity enables him to provide valuable expertise to the Reorganized Debtors. Additionally, among the reasons for his appointment as a director, Mr. Cohen brings to the Board the vast experience that he has accumulated through his activities as a financier, investor and operator in various parts of the country. These diverse experiences have enabled Mr. Cohen to bring unique perspectives to the Board, particularly with respect to business management, financial markets and financing transactions and corporate governance issues.* |
| **Jonathan Z. Cohen**<br><br>Class A Director and Vice Chairman | *Jonathan Z. Cohen has served as the Executive Vice Chairman of ARP since August 2015 and the Executive Chairman of the Board of ATLS since February 2015, and before that was Vice Chairman of ATLS since February 2012. Mr. Cohen has served as the Executive Vice Chairman of the board of Atlas Growth Partners, GP, LLC since its inception in 2013. Mr. Cohen served as Executive Chairman of the Board Atlas Pipeline Holdings GP, LLC from January 2012 until February 2015. Before that, he served as Chairman of the Board of Atlas Pipeline Holdings GP, LLC from February 2011 until January 2012 and as Vice Chairman of the Board from its formation in January 2006 until February 2011. Mr. Cohen served as chairman of the executive committee of Atlas Pipeline Holdings GP, LLC from 2006 until February 2015. Mr. Cohen was the Vice Chairman of the Board of Atlas Energy, Inc. from its incorporation in September 2000 until February 2011. Mr. Cohen was the Executive Vice Chair of the managing board of Atlas Pipeline GP from its formation in 1999 until February 2015. Mr. Cohen was the Vice Chairman of the Board of Atlas Energy Resources, LLC and its manager, Atlas Energy Management, Inc. from their formation in June 2006 until February 2011. Mr. Cohen has been a senior officer of Resource America, Inc. (a publicly-traded specialized asset management company) since 1998, serving as the Chief Executive Officer since 2004, President since 2003 and a director since 2002. Mr. Cohen has been Chief Executive Officer, President and a director of Resource Capital Corp. since its formation in 2005. Mr. Cohen is a son of Edward E. Cohen. Mr.* |

|  | *Cohen's extensive knowledge of the Debtors resulting from his long length of service with the Debtors and their predecessors, as well as his strong financial and industry experience, allow him to contribute valuable perspectives on many issues facing the Reorganized Debtors. Mr. Cohen's involvement with public and private entities of varying size, complexity and focus and raising debt and equity for such entities provides him with extensive experience and contacts that are valuable to the company. Additionally, among the reasons for his appointment as a director, Mr. Cohen's financial, business, operational and energy experience as well as the experience that he has accumulated through his activities as a financier and investor, add strategic vision to the Board and assist with growth, operations and development. Mr. Cohen is able to draw upon these diverse experiences to provide guidance and leadership with respect to exploration and production operations, capital markets and corporate finance transactions and corporate governance issues.* |
|---|---|
| **Daniel C. Herz**<br><br>Class A Director and Chief Executive Officer | *Daniel C. Herz has served as the Chief Executive Officer of ARP since August 2015 and as President of ATLS since April 2015. Mr. Herz has served as a director of Atlas Resources, LLC since 2015. Mr. Herz has served as President and a director of Atlas Growth Partners GP, LLC since 2013. Mr. Herz served as Senior Vice President of Corporate Development and Strategy of Atlas Resource Partners GP, LLC from March 2012 to April 2015. Mr. Herz served as Senior Vice President of Corporate Development and Strategy of Atlas Pipeline Holdings GP, LLC from February 2011 until February 2015. Mr. Herz was Senior Vice President of Corporate Development of Atlas Pipeline Partners GP, LLC from August 2007 until February 2015. He also was Senior Vice President of Corporate Development of Atlas Energy, Inc. and Atlas Energy Resources, LLC from August 2007 until February 2011. Before that, Mr. Herz was Vice President of Corporate Development of Atlas Energy, Inc. and Atlas Pipeline Partners GP, LLC from December 2004 and of Atlas Pipeline Holdings GP, LLC from January 2006.* |
| **Jeffrey M. Slotterback**<br><br>Class A Director and Chief Financial Officer | *Jeffrey M. Slotterback has served as the Chief Financial Officer of ARP since September 2015. Mr. Slotterback has served as Chief Financial Officer of ATLS since September 2015 and served as its Chief Accounting Officer from March 2012 to October 2015. Mr. Slotterback has also served as the Chief Financial Officer of the* |

|  | |
|---|---|
|  | *Atlas Growth Partners GP, LLC since September 2015 and served as its Chief Accounting Officer from its inception in 2013 to October 2015. Mr. Slotterback served as Chief Accounting Officer of Atlas Pipeline Holdings GP, LLC from March 2011 until February 2015. Mr. Slotterback was the Manager of Financial Reporting for Atlas Energy, Inc. from July 2009 until February 2011 and then served as the Manager of Financial Reporting for Atlas Energy GP, LLC from February 2011 until March 2011. Mr. Slotterback served as Manager of Financial Reporting for both Atlas Energy GP, LLC and Atlas Pipeline Partners GP, LLC from May 2007 until July 2009. Mr. Slotterback was a Senior Auditor at Deloitte and Touche, LLP from 2004 until 2007, where he focused on energy and health care clients. Mr. Slotterback is a Certified Public Accountant.* |
| **Eugene Davis**<br><br>Class B Director | *Eugene Davis is the Chairman and Chief Executive Officer of PIRINATE Consulting Group, LLC, a privately held consulting firm specializing in turnaround management, merger and acquisition consulting and hostile and friendly takeovers, proxy contests and strategic planning advisory services for domestic and international public and private business entities. Mr. Davis has advised, managed, sold, liquidated and served as a Chief Executive Officer, Chief Restructuring Officer, Director, Committee Chairman and Chairman of the Board of a number of businesses operating in diverse sectors such as telecommunications, automotive, manufacturing, high-technology, medical technologies, metals, energy, financial services, consumer products and services, import-export, mining and transportation and logistics. Prior to founding PIRINATE Consulting, Mr. Davis served as Chief Operating Officer of Total-Tel Communications, Inc., where he assisted the Company in the design and implementation of a strategic business plan, arranged for the funding of new capital expenditures, and advised the controlling shareholder in the sale of control to a private investor. Prior to that, Mr. Davis served as President, Vice Chairman and Director of Emerson Radio Corp., where he was responsible for the post-bankruptcy initial public offering and relisting of the Company on the American Stock Exchange; refinanced and issued new debt; successfully negotiated and completed the refinancing and assumption of control of Sport Supply Group, Inc.; divested one of Emerson's largest, but most unprofitable, product lines; and negotiated, structured and closed* |

| | |
|---|---|
| | *the restructuring of over $240 million in defaulted debt, which was accomplished through an expedited non-consensual Chapter 11 reorganization, with no external financial advisor.*<br><br>*Mr. Davis is also a director of the following public companies: HRG Group, Inc., Spectrum Brands, Inc., Genco Shipping and Trading Limited, WMIH Corp., and Hercules Offshore, Inc. Mr. Davis is a director of ALST Casino Holdco, LLC whose common stock is registered under the Securities Exchange Act of 1934 but does not publicly trade. During the past five years, Mr. Davis has also been a director of Ambassadors International, Inc., American Commercial Lines Inc., Atlas Air Worldwide Holdings, Inc., Delta Airlines, Dex One Corp., Foamex International Inc., Footstar, Inc., Global Power Equipment Group Inc., Granite Broadcasting Corporation, GSI Group, Inc., Ion Media Networks, Inc., JGWPT Holdings Inc., Knology, Inc., Media General, Inc., Mosaid Technologies, Inc., Ogelbay Norton Company, Orchid Cellmark, Inc., PRG-Schultz International Inc., Roomstore, Inc., Rural/Metro Corp., SeraCare Life Sciences, Inc., Silicon Graphics International, Smurfit-Stone Container Corporation, Solutia Inc., Spansion, Inc., The Cash Store Financial Services, Inc., Tipperary Corporation, Trump Entertainment Resorts, Inc., Viskase, Inc. (not a public corporation since 2008) and YRC Worldwide, Inc.*<br><br>*Mr. Davis also practiced law as Partner/Shareholder & Head of Corporate & Securities Practice for Holmes, Millard & Duncan, P.C., in Dallas, Texas; as Partner at Arter & Hadden in Dallas, Texas; and as an Associate at Akin, Gump, Strauss, Hauer & Feld in Dallas, Texas, where he specialized in corporate and securities law and was involved in numerous public and private debt and equity securities offerings, asset based financing transactions, debt restructurings, and domestic and international acquisitions. Mr. Davis earned a B.A. in International Politics, a Masters Degree in International Affairs, and a J.D. from Columbia University. He continues to serve Columbia College as a Member of the Board of Visitors.* |
| **Michael Watchorn**<br><br>Class B Director | *Michael Watchorn served as a Senior Vice President and Portfolio Manager in both the Global Corporate Credit and Distressed Credit groups divisions of Pacific Investment Management Company from* |

|  |  |
|---|---|
|  | *2007 until 2015 where he consulted with corporate officers and board of director members, focusing on assessment of operational and financial strategies. Prior to that, from 1994 through 2005, Mr. Watchorn served as a Managing Director and High Yield Bond Portfolio Manager at Oaktree Capital Management (and its predecessor unit at Trust Company of the West) where he directed analysts' research activities and examined the analyses produced in connection with numerous portfolio holdings positions. Mr. Watchorn has also previously held positions with Citicorp North America from 1989 through 1994 and with International Business Machines from 1984 until 1989. Mr. Watchorn currently serves as a Visiting Lecturer of Economics at Claremont McKenna College. Mr. Watchorn earned a B.S. in Electrical Engineering from the University of California, San Diego, a M.S. in Electrical Engineering from the University of Southern California, and a M.B.A. from the University of Chicago. Mr. Watchorn is a Chartered Financial Analyst.* |
| **Michael Zawadzki**<br><br>Class B Director | *Michael Zawadzki is a Senior Managing Director with GSO Capital Partners, focused principally on the sourcing, execution, and management of investments in the energy sector. Mr. Zawadzki is a senior member of GSO's energy team and sits on the investment committees for GSO's energy funds. Mr. Zawadzki also serves as a Portfolio Manager of GSO Community Development Capital Group LP, a fund formed to provide land acquisition and development capital in partnership with residential homebuilders. Since joining GSO in 2006, Mr. Zawadzki has led or played a critical role in transactions totaling over $3 billion of invested capital. Prior to joining GSO, Mr. Zawadzki was with Citigroup Private Equity, where he completed numerous private equity and subordinated debt investments. Previously, Mr. Zawadzki worked in the investment banking division of Salomon Smith Barney, focused on the media and telecommunications industries. Mr. Zawadzki received a BS in Economics from the Wharton School of the University of Pennsylvania, where he graduated magna cum laude. Mr. Zawadzki serves on the board of directors of Community Development Capital Group.* |
| **Mark D. Schumacher** | *Mark D. Schumacher has served as the President of ARP since April 2015 and as a Senior Vice President of ATLS since April 2015. Mr.* |

| | |
|---|---|
| President | *Schumacher served as Chief Operating Officer of ATLS from October 2013 to April 2015. Mr. Schumacher has been the Executive Vice President of Operations of Atlas Growth Partners GP, LLC since its inception in 2013. He has served as Executive Vice President of Atlas Energy, L.P. from July 2012 to October 2013. From August 2008 to July 2012, Mr. Schumacher served as President of Titan Operating, LLC, which we acquired in July 2012. From November 2006 until August 2008, Mr. Schumacher served as President of Titan Resources, LLC, which built an acreage position in the Barnett Shale that it sold to XTO Energy in October 2008. From February 2005 to November 2006, Mr. Schumacher served as the Team Lead of EnCana Oil & Gas (USA) Inc. where he was responsible for Encana's Barnett Shale development. Mr. Schumacher was an engineer with Union Pacific Resources from 1984 to 2000. Mr. Schumacher has over 29 years of experience in drilling, production and reservoir engineering management, operations and business development in East Texas, Austin Chalk, Barnett Shale, Mid-Continent, the Rockies, the Gulf of Mexico, Latin America and Canada.* |
| **Dave Leopold**<br><br>Chief Operating Officer | *Dave Leopold has served as the Chief Operating Officer of ARP since April 2015. Mr. Leopold previously served as Senior Vice President of Operations from December 2013 until April 2015 and served as Regional Vice President of Operations from March 2013 to December 2013. Mr. Leopold has been the Vice President of Operations of Atlas Growth Partners GP, LLC since its inception in 2013. From March 2008 to February 2013, Mr. Leopold was the Operations Manager for Chesapeake Energy in Fort Worth, Texas where he led the Barnett Shale operations team to become the second largest producer in the play. From August 2000 to September 2006, Mr. Leopold held various management positions at Anadarko Petroleum Corporation, most recently serving as Production Engineering Manager over the Austin Chalk, Bossier Shale and what is now known as the Eagle Ford Shale. From 1991 to 2000, Mr. Leopold held various engineering and management roles with Union Pacific Resources in Fort Worth, Texas. From 1987 to 1991, he held drilling and reservoir engineering roles with Plains Petroleum Operating Company in Kansas and Colorado.* |

| | |
|---|---|
| **Lisa Washington**<br><br>Chief Legal Officer | *Lisa Washington has been the Vice President, Chief Legal Officer and Secretary of ARP since August 2015 and served as Senior Vice President of ATLS since September 2015, Chief Legal Officer and Secretary of ATLS since February 2012 and served as Vice President of ATLS from February 2015 to September 2015. Ms. Washington has served as Chief Legal Officer and Secretary of Atlas Growth Partners GP, LLC. since its inception in 2013. Ms. Washington served as Chief Legal Officer and Secretary of Atlas Energy GP, LLC from January 2006 to October 2009, and as a Senior Vice President from October 2008 to October 2009, and as Vice President, Chief Legal Officer and Secretary from February 2011 to February 2015. Ms. Washington served as Chief Legal Officer and Secretary of Atlas Pipeline Partners GP, LLC from November 2005 to October 2009, a Senior Vice President from October 2008 to October 2009 and a Vice President from November 2005 until October 2008. Ms. Washington served as Chief Legal Officer and Secretary of Atlas Energy, Inc. from November 2005 until February 2011, a Senior Vice President from October 2008 until February 2011, and a Vice President from November 2005 until October 2008. Ms. Washington served as Chief Legal Officer and Secretary of Atlas Energy Resources, LLC from 2006 until February 2011, a Senior President from July 2008 until February 2011 and a Vice President from 2006 until July 2008. From 1999 to 2005, Ms. Washington was an attorney in the business department of the law firm of Blank Rome LLP.* |
| **Matthew J. Finkbeiner**<br><br>Chief Accounting Officer | *Matthew Finkbeiner has been the Chief Accounting Officer of ARP since October 2015. Mr. Finkbeiner has been the Chief Accounting Officer of ATLS and of Atlas Growth Partners GP, LLC since October 2015. Mr. Finkbeiner has held positions with Deloitte & Touche LLP, including Audit Senior Manager from September 2010 until joining ARP in October 2015, Audit Manager from September 2007 to September 2010, and Audit Senior/Staff from September 2002 until September 2007. While at Deloitte & Touche LLP, Mr. Finkbeiner managed audits for a diversified base of clients in the oil and gas industry, including master limited partnerships. Mr. Finkbeiner is a Certified Public Accountant.* |

## Officers of Titan Energy Operating, LLC[1]

| Name | Experience and Affiliations |
|---|---|
| **Edward E. Cohen**<br><br>Executive Chairman | *See Description Above.* |
| **Jonathan Z. Cohen**<br><br>Executive Vice Chairman | *See Description Above.* |
| **Daniel C. Herz**<br><br>Chief Executive Officer | *See Description Above.* |
| **Mark D. Schumacher**<br><br>President | *See Description Above.* |
| **Jeffrey M. Slotterback**<br><br>Chief Financial Officer | *See Description Above.* |
| **Dave Leopold**<br><br>Chief Operating Officer | *See Description Above.* |
| **Lisa Washington**<br><br>Chief Legal Officer | *See Description Above.* |
| **Matthew J. Finkbeiner**<br><br>Chief Accounting Officer | *See Description Above.* |

---

[1] Titan Energy, LLC is the sole member of Titan Energy Operating, LLC.

**Officers of Atlas Resource Partners Holdings, LLC[2]**

| Name | Experience and Affiliations |
|---|---|
| **Edward E. Cohen**<br><br>Executive Chairman | *See Description Above.* |
| **Jonathan Z. Cohen**<br><br>Chief Executive Officer | *See Description Above.* |
| **Daniel C. Herz**<br><br>President | *See Description Above.* |
| **Jeffrey M. Slotterback**<br><br>Chief Financial Officer | *See Description Above.* |
| **Lisa Washington**<br><br>Chief Legal Officer | *See Description Above.* |
| **Matthew J. Finkbeiner**<br><br>Chief Accounting Officer | *See Description Above.* |

---

[2] Titan Energy Operating, LLC is the sole member of Atlas Resource Partners Holdings, LLC.

**Directors and Officers of Atlas Resources, LLC**

| Name | Experience and Affiliations |
|---|---|
| **Freddie M. Kotek**<br><br>Director and President | *Freddie M. Kotek has served as director of Atlas Resources since 2003. Mr. Kotek has also served as ARP's Senior Vice President of the Investment Partnership Division since August 2015 and served as Senior Vice President of Investment Partnership Division of ATLS since March 2012. Mr. Kotek has also served as Executive Vice President and a director of the board of directors of Atlas Growth Partners GP, LLC since its inception in 2013.] Mr. Kotek served as Senior Vice President of the Investment Partnership Division of Atlas Pipeline Holdings GP, LLC from February 2011 until February 2015. Mr. Kotek was an Executive Vice President of Atlas Energy, Inc. from February 2004 until February 2011 and served as a director from September 2001 until February 2004. Mr. Kotek also was Chief Financial Officer of Atlas Energy, Inc. from February 2004 until March 2005. Mr. Kotek has been Chairman of Atlas Resources, LLC since September 2001 and Chief Executive Officer and President since January 2002. Mr. Kotek was a Senior Vice President of Resource America, Inc. from 1995 until May 2004 and President of Resource Leasing, Inc. (a wholly owned subsidiary of Resource America, Inc.) from 1995 until May 2004.* |
| **Daniel C. Herz**<br><br>Director and Executive Vice President | *See Description Above.* |
| **Mark D. Schumacher**<br><br>Chief Operating Officer | *See Description Above.* |
| **Jeffrey M. Slotterback**<br><br>Chief Financial Officer | *See Description Above.* |
| **Lisa Washington**<br><br>Chief Legal Officer | *See Description Above.* |
| **Matthew J. Finkbeiner**<br><br>Chief Accounting Officer | *See Description Above.* |

**Sole Members of Additional Reorganized Debtor Subsidiaries[3]**

Atlas Resource Partners Holdings, LLC is the sole member of the following Debtors:

1. ARP Barnett, LLC;
2. ARP Eagle Ford, LLC;
3. ARP Mountaineer Production, LLC;
4. ARP Oklahoma, LLC;
5. ARP Production Company, LLC;
6. ARP Rangely Production, LLC;
7. Atlas Barnett, LLC;
8. Atlas Energy Colorado, LLC;
9. Atlas Energy Indiana, LLC;
10. Atlas Energy Ohio, LLC;
11. Atlas Energy Securities, LLC;
12. Atlas Energy Tennessee, LLC;
13. Atlas Noble, LLC;
14. REI-NY, LLC;
15. Resource Energy, LLC;
16. Resource Well Services, LLC;
17. Viking Resources, LLC.

ARP Barnett, LLC is the sole member of Debtor ARP Barnett Pipeline, LLC.

ARP Production Company, LLC is the sole member of Debtor ATLS Production Company, LLC.

Atlas Energy Tennessee, LLC is the sole member of Debtor Atlas Pipeline Tennessee, LLC.

---

[3] Additional Reorganized Debtor Subsidiaries shall mean the following entities: ARP Barnett Pipeline, LLC, ARP Barnett, LLC, ARP Eagle Ford, LLC, ARP Mountaineer Production, LLC, ARP Oklahoma, LLC, ARP Production Company, LLC, ARP Rangely Production, LLC, Atlas Barnett, LLC, Atlas Energy Colorado, LLC, Atlas Energy Indiana, LLC, Atlas Energy Ohio, LLC, Atlas Energy Securities, LLC, Atlas Energy Tennessee, LLC, Atlas Noble, LLC, Atlas Pipeline Tennessee, LLC, ATLS Production Company, LLC, REI-NY, LLC, Resource Energy, LLC, Resource Well Services, LLC, Viking Resources, LLC.

**Officers of Additional Reorganized Debtor Subsidiaries**

| Name | Experience and Affiliations |
|---|---|
| **Mark D. Schumacher**<br><br>President | *See Description Above.* |
| **Dave Leopold**<br><br>Chief Operating Officer | *See Description Above.* |
| **Jeffrey M. Slotterback**<br><br>Chief Financial Officer | *See Description Above.* |
| **Lisa Washington**<br><br>Chief Legal Officer | *See Description Above.* |
| **Matthew J. Finkbeiner**<br><br>Chief Accounting Officer | *See Description Above.* |
| **Jonathan Z. Cohen**[4]<br><br>Chief Executive Officer | *See Description Above.* |

---

[4] Jonathan Z. Cohen serves as the Chief Executive Officer of ARP Production Company, LLC and ATLS Production Company, LLC.